**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter     **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Altamont Insurance Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Altamont Transporation and Insurance Brokerage**<br>**FKA  Avant Brokerage Stockton LLC**<br>**DBA  Altamont Insurance Brokerage** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2551024** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **14203 Caminto Vistana**<br>**San Diego, CA 92130**<br>Number, Street, City, State & ZIP Code | **3830 Valley Centre Road**<br>**San Diego, CA 92130**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Diego**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **altamonttransportationinsurancebrokerage.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Altamont Insurance Group, LLC**                                              Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5242__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Altamont Insurance Group, LLC**                                            Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **Altamont Insurance Group, LLC**                                      Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **Altamont Insurance Group, LLC**                                                   Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  3, 2023**
                           MM / DD / YYYY

**X** **/s/ Alan Shetzer**                                     **Alan Shetzer**
_____        _____
Signature of authorized representative of debtor              Printed name

Title   **President/Manager**
           _____

**18. Signature of attorney**

**X** **/s/ Jeffrey L. Brown**                              Date   **October  3, 2023**
_____                _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Jeffrey L. Brown**
_____
Printed name

**Attorney at Law**
_____
Firm name

**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(619) 461-6511**          Email address   **Jlb@brownfarmerlaw.com**

**65321 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2023**          X */s/ Alan Shetzer*
                                                      Signature of individual signing on behalf of debtor

                                                      **Alan Shetzer**
                                                      Printed name

                                                      **President/Manager**
                                                      Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $  **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $  **5,199.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $  **5,199.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $  **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $  **12,098.20**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$  **8,466,678.62**

4.    Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b    $  **8,478,776.82**

**Fill in this information to identify the case:**

Debtor name   **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Mid Bank** | **Premium trust account** | | **$3,898.00** |
| 3.2. | **First Mid Bank** | **Premium Trust Account** | 4806 | **$1,301.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | **$5,199.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor  **Altamont Insurance Group, LLC**
_____
Name

Case number *(If known)* _____

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

�■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** altamonttransportationinsurancebrokerage.com altamontins.com | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(If known)* _____
               Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---:|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
    **Risk Mangement Plus insurance policy (covers errors and omissions, theft, fraud, forgery, employee mismanagement)**
    **Travelers One Tower Square, Hartford, CT 06183; Mail claims:  Travelers Bond & Specialty Insurance Claims, 385 Washingon St., Mail Code 9275-NB03F, St. Paul, MN 55102**
    **This coverage was for period April 29, 2020 to April 29, 2021, during which time it is believed theft occured.**                    **Unknown**

    **(2) State Farm insurance policies, effective period April 29, 2023 to April 29, 2024. Each has $50,000 limit covering mismanagement by employeeand dishonest employee. starting in April 2021.**
    **File claims:  Balance Partners, LLC, PO Box 2550, Huntington, NY 11743 and TransEleven Claims Managers, INc., 700 Central Expressway Saout, Suite 200, Allen, TX 75013**                    **Unknown**

| Debtor | **Altamont Insurance Group, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

|  | ( E & O ) with Fortegra Speciality Insurance Company, policy # MIPL 0105-01 effective 4-29-23 to 4-29-24.  This is a claims made policy with a $1,000,000 lim | **Unknown** |
|---|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **Carolyn Rupp, who is CEO of Altamont Insurance Group misapproprated, stole, and mismanagement Altamonts premium trust account. The potential claim will total at least $1,018,142.** | |
| | **A report with the San Joaquin County Sheriff office was filed on October 1, 2023, Case number is 23-17269.  The report was take by Deputy Estrada, 209-817-6656** | |
| | **1.breach of fiduciary service.** | |
| | **2.Failure to supervise the business affairs and management of the premium trust fund account.** | |
| | **3.Wrongfull act in the performance of professional services.** | |
| | **4. Negligence mismanagement of the trust fund account.** | **Unknown** |
| | Nature of claim | breach of fiduciary duty, embezzlement; mishandling trust fund account |
| | Amount requested | $1,000,000.00 |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **Altamont Insurance Group, LLC**  Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,199.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,199.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,199.00 |

**Fill in this information to identify the case:**

Debtor name    **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PO Box 942867**<br>**Sacramento, CA 94267** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,000.00** | **$12,000.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**taxers owed on premiums received** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Tennessee Dept of Revenue**<br>**500 Deadrick Street**<br>**Andrew Jackson Office Bldg**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$98.20** | **$98.20** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Franchise/Excise tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Altamont Insurance Group, LLC**                                          Case number (if known) _____
     Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1 TEEM TRANSPORTERS LLC**<br>**35124 Heiskell Dr**<br>**Raymond, CA 93653**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$5,675.00** |
|---|---|---|---|

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**1601 S UNION AVE**<br>**15504 STATE HIGHWAY 205**<br>**Terrell, TX 75160**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,350.00** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**1716 BRIARCREST DRIVE**<br>**27710 CASCABEL LANE**<br>**San Antonio, TX 78260**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,700.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**2 BEST LOADS INC**<br>**2542 AUGIBI WAY**<br>**Rancho Cordova, CA 95670**<br><br>Date(s) debt was incurred **2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$17,650.00** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**3 SONS LOGISTICS INC**<br>**9533 W JJ RANCH ROAD**<br>**Peoria, AZ 85383**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$8,650.00** |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**48F TRANS INC**<br>**2345 W BELMONT AVE**<br>**Fresno, CA 93728**<br><br>Date(s) debt was incurred **2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$7,875.00** |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**6442 WINDY ROAD**<br>**117811 HORACE STREET**<br>**Granada Hills, CA 91344**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$84,945.00** |

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **808 LOGISTICS LLC** | ■ Contingent |
| | **2515 W SAN ANTONIO** | ☐ Unliquidated |
| | **Dallas, TX 75254** | ☐ Disputed |

**$2,700.00**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A & A TRUCKLINE INC** | ■ Contingent |
| | **6247 E NORTH AVE** | ☐ Unliquidated |
| | **Fresno, CA 93725** | ☐ Disputed |

**$0.00**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Business debt 6316**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A & C COMMERCE SERVICES LLC** | ■ Contingent |
| | **245 E VALLEY BLVD** | ☐ Unliquidated |
| | **Rialto, CA 92376** | ☐ Disputed |

**$4,269.00**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A & M TRUCKING CO** | ■ Contingent |
| | **726 W 6TH ST #3** | ☐ Unliquidated |
| | **Long Beach, CA 90802** | ☐ Disputed |

**$3,570.00**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Business debt `**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A M J TRANSPORTATION LLC** | ■ Contingent |
| | **17500 SACRAMENTO VALLEY BLVD** | ☐ Unliquidated |
| | **Robbins, CA 95676** | ☐ Disputed |

**$2,230.00**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A Star Truck Lines Inc** | ■ Contingent |
| | **12000 Paxton St** | ☐ Unliquidated |
| | **Sylmar, CA 91342** | ☐ Disputed |

**$6,525.00**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **A TO B AUTO TRANSPORT LLC** | ■ Contingent |
| | **55 SPRINGSTOWNE CTR STE 116** | ☐ Unliquidated |
| | **Vallejo, CA 94591** | ☐ Disputed |

**$2,700.00**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Altamont Insurance Group, LLC**
_____    Case number (if known) _____
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,725.00** |
|---|---|---|---|

**A&A EXPEDITED**
**1015 S Maple Ave**
**Montebello, CA 90640**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,933.00** |
|---|---|---|---|

**A&D TRANS INC**
**10831 ROYCROFT ST UNIT 48**
**Sun Valley, CA 91352**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A&L Insurance Services**
**10005 Marconi Dr. #3**
**San Diego, CA 92154**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A.M.I.S. Andy Manukyan Ins**
**1254 S. Glendale Ave.**
**Glendale, CA 91205**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,675.00** |
|---|---|---|---|

**ABO TRUCKING INC**
**1862 KELLERTON DR**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ace Commercial Ins. Center**
**200 S. Main Street, Suite 130**
**Corona, CA 92882**

Date(s) debt was incurred  __2018-2023__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,172.00** |
|---|---|---|---|

**ACME AMERICA**
**2550 W UNION HILLS DRIVE**
**Mesa, AZ 85207**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**

Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,856.00** |
| | **ACME AMERICAN INC**<br>**2662 NEVADA AVE**<br>**South El Monte, CA 91733** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Across America Ins. Svcs Inc**<br>**41689 Enterprise Circle North**<br>**Suite 218**<br>**Temecula, CA 92590** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-23** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
| | **AD HAULERS INC**<br>**3640 W NELSON AVE**<br>**Fresno, CA 93706** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,005.00** |
| | **ADVANCE LOGISTICS, INC**<br>**1324 N. KNOX AVE**<br>**El Paso, TX 79917** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,849.00** |
| | **AEC TRUCKING, LLC**<br>**10230 LOS ALTOS DR**<br>**Hesperia, CA 92344** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Aether Insurance Services**<br>**2029 West Midwood Lane**<br>**Anaheim, CA 92804** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-23** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Agile Premium Finance**<br>**475 Half Day Rd. #550**<br>**Lincolnshire, IL 60069** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-23** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Altamont Insurance Group, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**AIB Financial Services, Inc.**
**PO Box 66501**
**Saint Louis, MO 63166**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **$16,000.00** |
|---|---|---|

**AIRBOURNE LOGISTICS, INC**
**3291 BEACHWOOD DR**
**Merced, CA 95348**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **$12,220.00** |
|---|---|---|

**AKAAL PURAKH TRANS INC**
**1219 TAHOE STREET**
**Merced, CA 95348**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **$454,168.00** |
|---|---|---|

**Alan Shetzer**
**3830 Valley Centre Drive #705**
**PO Box 245**
**San Diego, CA 92130**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Alex Rue Insurance Agency**
**9815 Antelope Road**
**Roseville, CA 95747**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **`Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **$1,666.00** |
|---|---|---|

**ALFONSO MONARREZ**
**1960 S DATE AVE**
**Bloomington, CA 92316**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **$2,035.00** |
|---|---|---|

**ALI EXPRESS, INC**
**2132 MONTAUBAN CT**
**Stockton, CA 95210**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                    Case number (if known) _____
_____
Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Solutions Insurance**
A+B24:L24 Agency LLC
22364 Alessandro Blvd
Moreno Valley, CA 92553

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,815.00** |
|---|---|---|---|

**ALL STAR TRUCKING**
3150 N WEBER AVE
Fresno, CA 93722

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,050.00** |
|---|---|---|---|

**Alpha Freight Lines**
14398 Whittram Ave
Fontana, CA 92335

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AMA United Transport Svcs LLC**
325 Old San Antnio Rd.
Mc Queeney, TX 78123

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,067.00** |
|---|---|---|---|

**AMANDEEP SINGH**
 DBA VIP EXPRESS
3771 N CORNELIA AVE
Fresno, CA 93722

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,080.00** |
|---|---|---|---|

**AMANDEEP SINGH KHAIRA DBA KHAI**
5389 N VALENTINE AVE APT 111
Fresno, CA 93711

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **202`**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**AMARJIT SINGH DBA SAM TRANSPOR**
16234 MAGNOLIA WAY
Fontana, CA 92336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Name

Case number *(if known)* _____

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,613.00**

**AMDJ Logistics Inc**
11475 Penrose St.
Sun Valley, CA 91352

Date(s) debt was incurred **2020**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Continental Ins. Svcs**
11501 Dublin Blvd #200
Pleasanton, CA 94588

Date(s) debt was incurred **2018-23**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,686.00**

**AMERICAN STAR INTERMODAL INC**
341 E MONTE VIST AVE APT 70
Turlock, CA 95382

Date(s) debt was incurred **2021**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00**

**AMERICAN STAR LLC**
5370 GUIDE MERIIAN RD
Bellingham, WA 98226

Date(s) debt was incurred **2020**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,703.00**

**AMERICAN TRANSPORT LOS ANGELES**
1202 E ANAHEIM ST
Wilmington, CA 90744

Date(s) debt was incurred **2020**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMK Insurance, Inc.**
6855 Via Del Oro
San Jose, CA 95119

Date(s) debt was incurred **2018-23**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,610.00**

**AMM EXPRESS INC**
6059 Bradshaw Rd
Sacramento, CA 95829

Date(s) debt was incurred **2020**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                   Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **$8,915.00** |

**AMNA TRUCKING INC**
**14801 SLOVER AVE**
**Fontana, CA 92337**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **$3,275.00** |
|---|---|---|

**AMRIK EXPRESS, LLC**
**283 TWIN RIVERS DRIVE**
**Yuba City, CA 95991**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **$4,300.00** |
|---|---|---|

**AMS TRANSPORT INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **$3,200.00** |
|---|---|---|

**Ananik Grigoryan dba DSSY Truc**
**6315 San Fernanado Rd**
**Glendale, CA 91205**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **$6,893.00** |
|---|---|---|

**ANDREAS TRANSPORT LLC**
**10686 BANANA AVE**
**Fontana, CA 92335**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **$3,750.00** |
|---|---|---|

**ANGELA GONZALEZ CLEMENTE**
 **DBA GREEN PALMS GROWERS**
**82560 AIRPORT BLVD**
**Thermal, CA 92274**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **$4,325.00** |
|---|---|---|

**Ank Transportation, Inc.**
**1301 Richland Avenue #1**
**Modesto, CA 95351**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
_____
            Name

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.00** |
|------|---|---|---|

**3.57**   Nonpriority creditor's name and mailing address
**ANURAJ LLC**
**5355 W PINE AVE**
**Fresno, CA 93722**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$4,100.00**

---

**3.58**   Nonpriority creditor's name and mailing address
**APS CARRIER INC**
**425 SUNDANCE ST**
**Livingston, CA 95334**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$3,548.00**

---

**3.59**   Nonpriority creditor's name and mailing address
**ARACELI'S TRUCKING INC**
**21136 S WILMINGTON AVE**
**Carson, CA 90745**
Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$4,500.00**

---

**3.60**   Nonpriority creditor's name and mailing address
**ARDASS TRUCKING. INC**
**3598 MACADAMIA LANE**
**Ceres, CA 95307**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$4,557.00**

---

**3.61**   Nonpriority creditor's name and mailing address
**ARMAN KARAPETYAN**
**DBA: URARTU TRUCKING**
**11475 Penrose St.**
**Sun Valley, CA 91352**
Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$9,350.00**

---

**3.62**   Nonpriority creditor's name and mailing address
**ARMATA LINES INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**
Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$3,305.00**

---

**3.63**   Nonpriority creditor's name and mailing address
**ART-ACT LOGISTICS, LLC**
**9831 STIBEHURST AVE**
**Sun Valley, CA 91352**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes
**$5,875.00**

---

Debtor **Altamont Insurance Group, LLC**

Case number (if known) _____

Name

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,075.00** |
|---|---|---|---|

**ARY LOGISTIC SYSTEM INC**
**2747 LINCOLN AVE**
**Clovis, CA 93611**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **20221**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,368.00** |
|---|---|---|---|

**ASD TRUCKING INC**
**4648 TAYLOR COURT**
**Turlock, CA 95382**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,525.00** |
|---|---|---|---|

**ASEES TRANSPORT INC**
**3626 N BLYTHE AVE APRT 212**
**Fresno, CA 93722**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aspen American Ins. Co**
**175 Capital Blvd. #300**
**Rocky Hill, CT 06067**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AST EXPRESS INC**
**5350 N BRAWLEY AVE APT 124**
**Fresno, CA 93722**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt 2978**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Atlanta Premier Ins Agency**
**12 Powder Springs Street #270**
**Marietta, GA 30064**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,962.00** |
|---|---|---|---|

**ATLANTIC RISK**
**6827 MELODY LANE APT 2724**
**Dallas, TX 75231**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                         Case number *(if known)* _____
        <sub>Name</sub>

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,373.00** |
|---|---|---|---|

**ATLANTIC RISK**
**1716 BRIARCREST DR SUITE 300**
**Bryan, TX 77802**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Atlantis Insurance Brokerage**
**639 Channel Street #H**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | | **$19,328.00** |
|---|---|---|---|

**ATM CHAP SERVICES LLC**
**9114 BUNGALOW WAY**
**Madison, AL 35758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | | **$10,713.00** |
|---|---|---|---|

**ATMA SANDHU DBA HPA TRUCKING**
**6077 E CORTLAND AVE**
**Fresno, CA 93727**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | | **$5,150.00** |
|---|---|---|---|

**ATS TRANSPORT INC**
**600 N MARKS AVE**
**Fresno, CA 93728**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | | **$4,548.00** |
|---|---|---|---|

**ATWAL TRANS LLC**
**7177 W DOVEWOOD LANE**
**Fresno, CA 93723**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Avalon Risk Management**
**150 Northwest Pt. Blvd.**
**2nd Floor**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Altamont Insurance Group, LLC**_____   Case number (if known) _____
　　　　　Name

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Avian Premium Finance**
**PO Box 6606**
**Burbank, CA 91510**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,940.00** |
|---|---|---|---|

**AWESOM TRANSPORTATION, LLC**
**3342 NORTH WEBBER AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Axis Insruance Svcs. LLC**
**795 Franklin Avenue  #206**
**Franklin Lakes, NJ 07417**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  _**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,825.00** |
|---|---|---|---|

**B D S TRANSPORT INC**
**2301 W BELMONT AVE**
**Fresno, CA 93728**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |
|---|---|---|---|

**BAAZ FREIGHT INC**
**3007 E ROSE AVE**
**Selma, CA 93662**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,563.00** |
|---|---|---|---|

**BABA MUNSHI TRANS INC**
**4688 W AMHERST AVE**
**93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**BABA NANAK TRANSPORT INC**
**3661 W SHIELDS AVE APT 271**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                              Case number (if known) _____
         Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,650.00 |
|---|---|---|---|

**BACK ROAD EXPRESS INC**
**12000 PAXTON STREET**
**Sylmar, CA 91342**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**BACK ROAD EXPRESS INC**
**13027 VICTORY BLVD #141**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,047.00 |
|---|---|---|---|

**BAJWA & SONS TRANSPORT INC**
**11191 VALLEJO ST**
**French Camp, CA 95231**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,335.00 |
|---|---|---|---|

**BAJWA CALI TRANSPORT INC**
**3692 MASSIMO CIRCLE`**
**Stockton, CA 95212**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**BALA JI TRANSPORT INC**
**4760 E BUTLER AVE #102**
**Fresno, CA 93702**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,750.00 |
|---|---|---|---|

**BALJEET HEER**
**3440 W CAPITOL AVE**
**West Sacramento, CA 95691**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,938.00 |
|---|---|---|---|

**BALJIT HEER**
**2572 S UNION AVE**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Bankdirect Capital Finance** | |
| | **PO Box 660448** | ■ Contingent |
| | **Dallas, TX 75266** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **provided she survives** | |
| | **Settlor for thirty (30) days.  Should she fail to** | Basis for the claim:  **Business debt** |
| | **survive** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,845.00** |
| | **BARNALA EXPRESS INC** | |
| | **695 W SANTA ANA AVE APT 204** | ■ Contingent |
| | **Markleeville, CA 96120** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2022** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Barragan Insurance Agency** | |
| | **1132 Suncast Lane #8** | ■ Contingent |
| | **El Dorado Hills, CA 95762** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2018-23** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$9,335.00** |
| | **BASHIR AHMAD SIDDIQI** | |
| | **5909 BAMFORD DR** | ☐ Contingent |
| | **Sacramento, CA 95823** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2022** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,564.00** |
| | **BASSI ROADLINES INC** | |
| | **139 LEBARON BLVD** | ■ Contingent |
| | **Lodi, CA 95240** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2021** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$9,705.00** |
| | **BBS TRANSPORT INC** | |
| | **3661 W SHEILDS AVE APT 118** | ■ Contingent |
| | **Fresno, CA 93727** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2021** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$36,925.00** |
| | **BDS TRUCKING INC** | |
| | **2427 W YOSEMITE AVE** | ■ Contingent |
| | **Manteca, CA 95337** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred  **2021** | |
| | | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
      Name

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,237.00** |
|---|---|---|---|

**BEANT SINGH DBA ATS TRANSPORT**
**6291 W NORWICH AVE**
**Fresno, CA 93723**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,237.00** |
|---|---|---|---|

**BEANT SINGH DBA ATS TRANSPORT**
**1310 TAHOW VALLEY LN**
**Sugar Land, TX 77479**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,328.00** |
|---|---|---|---|

**BERRIER INSURANCE**
**9114 BUNGALOW WAY**
**Elk Grove, CA 95758**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Best and Low Cost Ins Agency**
**2169 buena Vista Drive**
**Manteca, CA 95337**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,653.00** |
|---|---|---|---|

**BEST LOADS INC**
**135 S BELMONT ST APT 1**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454,168.00** |
|---|---|---|---|

**BGAL 1, LLC**
**3830 Valley Centre Road**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,479.00** |
|---|---|---|---|

**BHANGU BROTHERS TRANSPORT INC**
**7464 E SIMPSON AVE**
**Fresno, CA 93737**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                                 Case number (if known) _____
_____
Name

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,445.00** |
|---|---|---|---|

**3.106**

**Nonpriority creditor's name and mailing address**
**BHANGU LOGISTICS, INC**
**20500 HOLLY DR**
**Fontana, CA 92335**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,445.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**BIA Insurance Agency**
**18653 Ventura Blvd #402**
**Tarzana, CA 91356**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**BIC, Berkley Fire & Marine**
**PO Box152180**
**Irving, TX 75015**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Bico Insurance Services**
**2024 West 3rd Street**
**Los Angeles, CA 90057**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**BIG BYRD TRANSPORTATION INC**
**3100 BEACHWOOD DR**
**Merced, CA 95348**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,775.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**
**BLACK BULL CARRIER, INC**
**3602 W SAN JOSE AVE APT 215**
**Fresno, CA 93711**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,680.00**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**BLING SINGH TRANSPORT INC**
**24040 POSTAL AVE**
**Moreno Valley, CA 92556**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,763.00**

---

Debtor **Altamont Insurance Group, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.113 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$24,613.00** |
| **BLUEMOON CARRIERS INC** | ■ Contingent |
| **18400 MALDEN UJNIT 3** | ☐ Unliquidated |
| **Northridge, CA 91325** | ☐ Disputed |
| **Date(s) debt was incurred  2021** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.114 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,600.00** |
| **BMJ TRANS INC** | ■ Contingent |
| **25631 LEWIS WAY** | ☐ Unliquidated |
| **Stevenson Ranch, CA 91381** | ☐ Disputed |
| **Date(s) debt was incurred  2021** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.115 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,825.00** |
| **BND TRANS CORP** | ■ Contingent |
| **15-05 CHANDLER DRIVE** | ☐ Unliquidated |
| **Fair Lawn, NJ 07410** | ☐ Disputed |
| **Date(s) debt was incurred  2021** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.116 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$18,445.00** |
| **Bob Logistic Inc** | ■ Contingent |
| **15810 Boyle Ave** | ☐ Unliquidated |
| **Fontana, CA 92337** | ☐ Disputed |
| **Date(s) debt was incurred  2020** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.117 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$11,088.00** |
| **BOBCAT EXPRESS INC** | ■ Contingent |
| **6738 N SANDRINI AVE** | ☐ Unliquidated |
| **Fresno, CA 93722** | ☐ Disputed |
| **Date(s) debt was incurred  2021** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.118 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5,725.00** |
| **BOPARI BROTHERS TRUCKING INC** | ■ Contingent |
| **11616 HARLAN RD** | ☐ Unliquidated |
| **Lathrop, CA 95330** | ☐ Disputed |
| **Date(s) debt was incurred  2020** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.119 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **Border Insurance Services** | ■ Contingent |
| **2004 Dairy Mart Rd #114** | ☐ Unliquidated |
| **San Ysidro, CA 92173** | ☐ Disputed |
| **Date(s) debt was incurred  2018-23** | **Basis for the claim:  Business debt** |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bossa Nova Insurance Svcs**
**10468-A San Pablo Ave**
**El Cerrito, CA 94530**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,550.00** |

**BRAULIO GARCIA VASQUEZ  DBA FI**
**1586 N VAN NESS AVE**
**Fresno, CA 93725**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |

**BRIDGE TRANSPORT LLC**
**956 PONT DU GARD CT**
**Buford, GA 30518**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |

**BROWN XPRESS INC.**
**3635 SOLEDAD AVENUE**
**Clovis, CA 93619**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bruce Roberts Insurance Svcs**
**10907 Downey Abvenue #101**
**Downey, CA 90241**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.00** |

**BT TRUCKLINES, INC**
**3342 NORTH WEBBER AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,773.00** |

**BTI TRUCK LINES INC**
**435 WINTON PKWY**
**Livingston, CA 95334**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**
_____
     Name

Case number (if known) _____

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,225.00** |

**BTL FREIGHT INC**
**500 MESA CT**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Bulldog Premium**
**6971 Sunrise Blvd #206**
**Fort Lauderdale, FL 33313**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,350.00** |

**C & A UNITED XPRESS, INC**
**2707 PARADISE POINT PL**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |

**CA 99 EXPRESS INC**
**7902 E BELMONT AVE**
**Fresno, CA 93737**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,215.00** |

**CALDWELL ENTERPRISE LLC**
**1444 FULTON ST**
**Fresno, CA 93721**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,220.00** |

**CALI DRAYAGE LLC**
**1651 FAIRVIEW DR**
**Ceres, CA 95307**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**California Dept of Insurane**
**300 Capital Mall #14000**
**Sacramento, CA 95814**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | **$8,645.00** |
| | **CALIFORNIA TRUCKLINE, INC**<br>**2301 W BELMONT AVE**<br>**Fresno, CA 93722** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | **$9,000.00** |
| | **CAN TRANSPORT INC**<br>**303 LINCOLN RD**<br>**Vallejo, CA 94590** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Cantrel Networks**<br>**1103 Val Gardens St.**<br>**Lodi, CA 95242** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | **$7,115.91** |
| | **Capital Premium Financing Inc**<br>**PO Box 667180**<br>**Dallas, TX 75266** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **$8,598.00** |
| | **CEDRIC STEWARD LLC**<br>**10808 6TH ST SUITE 14**<br>**Rancho Cucamonga, CA 91730** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **$3,765.00** |
| | **CENCAL CARRIERS, INC**<br>**4131 E NORTH AVE**<br>**Fresno, CA 93725** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **$6,250.00** |
| | **CHAHAL EXPRESS, INC**<br>**3025 W CHRISTOFFERSEN PKW D204**<br>**Stockton, CA 95204** | |

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)* _____

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,255.00**
| **CHAHAL TRANS INC** | ☑ Contingent |
| **14203 S UNION AVE** | ☐ Unliquidated |
| **Bakersfield, CA 93307** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,753.24**
| **Chase** | ☐ Contingent |
| **PO Box 94014** | ☐ Unliquidated |
| **Palatine, IL 60094** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Business credit card** |
| Last 4 digits of account number **1728** | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Chase Bank** | ☐ Contingent |
| **PO Box 6294** | ☐ Unliquidated |
| **Carol Stream, IL 60197** | ☐ Disputed |
| Date(s) debt was incurred **2018-23** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number **4590** | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,095.00**
| **CHAWAL EXPRESS INC** | ☑ Contingent |
| **11205 CEDAR AVE** | ☐ Unliquidated |
| **WILMINGTON, CA 92744** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| **Checkers Truck Insurance Inc** | ☑ Contingent |
| **784 N. Waterman Ave.** | ☐ Unliquidated |
| **San Bernardino, CA 92410** | ☐ Disputed |
| Date(s) debt was incurred **2018-23** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,075.00**
| **CHEEMA FGS INC** | ☑ Contingent |
| **2130 N MARKS AVE #127** | ☐ Unliquidated |
| **Fresno, CA 93722** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,325.00**
| **Chester Franklin** | ☑ Contingent |
| **dba Ogden & SONS TRANSPORTATIO** | ☐ Unliquidated |
| **Glendale, CA 91205** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Business debt** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes |

---

Debtor **Altamont Insurance Group, LLC** _____  Case number *(if known)* _____
Name

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**3.148**

**Nonpriority creditor's name and mailing address**
**Chesterfield Group**
**5th Floor F. 1 Mimster Ct**
**Mincing Lane**
**London EC3R 7AA**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$429,127.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**
**CHP TECH INC**
**6605 N. Indian Canyon Dr**
**North Palm Springs, CA 92258**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,638.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**
**CJG Insurance Corp**
**12525 W. Okeechobee Rd**
**Hialeah, FL 33018**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
**CK TRUCKING, INC**
**1949 OSBORN AVE**
**Phoenix, AZ 85016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
**CKR TRANSPORT INC**
**14203 S UNION AVE**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$11,380.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**
**CL LOGISTICS, INC**
**1358 HOOPER AVE SUITE 102**
**Coachella, CA 92236**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,213.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Classic Plan Premium Finance**
**PO Box 5146**
**Chino, CA 91708**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,612.74**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                      Case number *(if known)*  _____
         Name

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**COLT MESSENGER SERVICE**
**770 S BREA BLVD #209**
**Brea, CA 92821**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Continental Insurance**
**800 N. Zaragosa Rd. #N**
**El Paso, TX 79907**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**CONVOY TRUCKING AUTHORITY LLC**
**2250 TIDELANDS AVE**
**National City, CA 91950**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,775.00** |
|---|---|---|---|

**COOL TRUCKING INC**
**14587 VALLEY BLVD**
**Fontana, CA 92335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,620.00** |
|---|---|---|---|

**CTL TRANS INC**
**1761 NEW HORIZONS DR APT #1**
**Manteca, CA 95336**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Custom Insurance Agency**
**6107 Jovic Court**
**La Grange, IL 60525**

Date(s) debt was incurred  **2018-2023**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,058.91** |
|---|---|---|---|

**Cypress Premium Funding**
**PO Box 3529**
**Mission Viejo, CA 92690**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                          Case number *(if known)* _____

_____
Name

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,316.00** |

**D & S ENTERPRISES, LLC**
**23090 TOKAYANA WAY**
**Colfax, CA 95713**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |

**D&A LOGISTICS LLC**
**27406 N HIGUERA DRIVE**
**Peoria, AZ 85383**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,590.00** |

**DA TRANSPORTERZ INC**
**1116 LOUISE AVE**
**Torrance, CA 90503**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,955.00** |

**Daljit Singh dba AK Trucking**
**2010 Batson Ave #264**
**Rowland Heights, CA 91748**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |

**DANIEL URQUIDEZ**
**DBA URQUIDEZ SON TRUCKING**
**20226 N H ST**
**Oxnard, CA 93036**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dark Insurance Agency Inc**
**PO Box 506**
**Alexander City, AL 35010**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,070.00** |

**DASHMESH FREIGHT LINE LLC**
**1644 ROUNDHOUSE STREET**
**Tulare, CA 93274**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Altamont Insurance Group, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**
**DCEE TRANZ**
**1108 VILLA AVE APT 122A**
**Clovis, CA 93612**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.170** | **Nonpriority creditor's name and mailing address**
**DEEP LOGISTICS INC**
**5249 N COMELIA AVE**
**Fresno, CA 93722**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,040.00**

---

**3.171** | **Nonpriority creditor's name and mailing address**
**Delta Premium Financing Inc**
**PO Box 66501**
**Saint Louis, MO 63166**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172** | **Nonpriority creditor's name and mailing address**
**Deluxe Insurance Agency**
**555 West 91st Street**
**Los Angeles, CA 90044**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173** | **Nonpriority creditor's name and mailing address**
**Derenik Tosunyan dba Superson**
**30821 East The Old Road**
**San Fernando, CA 91340**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,675.00**

---

**3.174** | **Nonpriority creditor's name and mailing address**
**DHADDA TRANSPORT INC**
**3241 INDUSTRIAL DRIVE**
**Yuba City, CA 95993**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,665.00**

---

**3.175** | **Nonpriority creditor's name and mailing address**
**DHAMI BROTHERS INC**
**1601 S UNION AVE**
**Bakersfield, CA 93307**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

Debtor    **Altamont Insurance Group, LLC**                                    Case number (if known) _____
_____
Name

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,157.00** |
|---|---|---|---|

**DHANJU TRUCK LINE INC DBA: DTL**
**221 SPRINGFIELD DR**
**Manteca, CA 95337**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**DHESI FREIGHTLINES, INC**
**2828 EL CENTRO ROAD**
**Sacramento, CA 95833**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillon Risk Management**
**B31:L31 Insuranc Services Inc**
**4180 Douglas Blvd #100**
**Granite Bay, CA 95746**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Direct Deal Insurance**
**11803 Pierce Street #200**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,539.00** |
|---|---|---|---|

**DISPATCH CENTRAL INC**
**6752 DE MOSS DRIVE APT 217**
**Houston, TX 77074**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,340.00** |
|---|---|---|---|

**DJD TRUCKING INC**
**7614 IRON HORSE PL**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,429.29** |
|---|---|---|---|

**Dodge Insurance**
**dba Arroyo Insurance Service**
**225 E. Santya Clara St. #130**
**Arcadia, CA 91006**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Altamont Insurance Group, LLC**

Case number (if known) _____

Name

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Don Rose Logistics Inc**
**1218 S Glendale Ave Ste 67**
**Glendale, CA 91205**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,650.00** |
|---|---|---|---|

**DON ROSE LOGISTICS, INC**
**11475 PENROSE ST**
**Sun Valley, CA 91352**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doyle & Ogden Insurance**
**3330 Broadmoor Ave. SE #E**
**Grand Rapids, MI 49512**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2023**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,186.00** |
|---|---|---|---|

**DREAMLAND TRUCKING INC**
**3310 BEACHWOOD**
**Merced, CA 95348**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,060.00** |
|---|---|---|---|

**DS SANDHU TRANS**
**8312 LIBBY CT**
**Bakersfield, CA 93313**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,070.00** |
|---|---|---|---|

**DS SANDHU TRANS**
**1206 TORI LANE**
**Yuba City, CA 95993**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,788.00** |
|---|---|---|---|

**DSD EXPRESS INC**
**1712 GINGKO AVE**
**Modesto, CA 95354**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,275.00** |
|---|---|---|---|

**DSG EXPRESS INC**
**575 MATMOR RD APT 30**
**Woodland, CA 95776**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,825.00** |
|---|---|---|---|

**DSK TRUCKING INC**
**2120 S UNION AVE**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,623,918.00** |
|---|---|---|---|

**E & R TRANSPORTATION, INC**
 **DBA E & R TRUCKING**
**Mendota, CA 93640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,375.00** |
|---|---|---|---|

**E&E TRUCKING INC**
**3303 W Magnolia Blvd**
**Burbank, CA 91505**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,093.00** |
|---|---|---|---|

**EARTH BUSES, LLC**
**6442 WINDY ROAD**
**Las Vegas, NV 89119**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,005.00** |
|---|---|---|---|

**Earthtrade Inc**
**3424 3rd St**
**Riverside, CA 92501**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,587.00** |
|---|---|---|---|

**EASY LIVING**
**6685 QUINCE ROAD**
**Memphis, TN 38125**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **Unknown** |

**3.197**

**Nonpriority creditor's name and mailing address**
**Easy Truck Insurance Svcs Inc.**
**7635 Clement Road**
**Vacaville, CA 95688**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**
**EDGAR GARCIA**
**DBA: LM & SONS TRUCKING**
**13600 NAPA ST**
**Fontana, CA 92336**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199**

**Nonpriority creditor's name and mailing address**
**EDMONDS XPRESS TRUCKING**
**24950 S MAIN STREET**
**Carson, CA 90745**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$24,234.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**
**EK LOGISTICS INC**
**1565 SEKIO AVE**
**Rowland Heights, CA 91748**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$9,212.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**
**ELIZA EXPRESS INC**
**13115 Oxnard St Apt 11**
**Van Nuys, CA 91401**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$6,613.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**
**ELT TRANSPORTATION, LLC**
**9351 JACKSON RD**
**Sacramento, CA 95826**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,450.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Empire Transport Ins Svcs.**
**21500 Burbank Blvd. Unit 114**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**ENIO ROJAS DBA: SONS OF ROJAS**
**6400 VALLEY VIEW**
**Buena Park, CA 90620**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,931.00** |
|---|---|---|---|

**ERIC ALAN JOHNSTON II**
**DBA ENE TRUCKING**
**24701 ARTHUR ROAD**
**Escalon, CA 95320**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|

**ERIC TIMMOTHY ALFRED**
**DBA  WEST COAST FREIGHTLINES**
**501 TAYLOR STREET APT 24**
**Bakersfield, CA 93309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Essessay Insurance Services**
**PO Box 3279**
**Danville, CA 94526**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**EXCLUSIVE TRUCKING INC**
**1004 WEST COVINA PKWY UNIT 217**
**West Covina, CA 91790**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Executive Insruance Agency**
**PO Box 480**
**Stockbridge, GA 30281**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,630.00** |
|---|---|---|---|

**EXTRA HAUL EXPRESS**
**1235 OSWALD RD**
**Yuba City, CA 95991**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                          Case number (if known) _____
_____
Name

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,850.00** |
|---|---|---|---|

**F G F TRUCKING 2 LLC**
**2039 QUAIL PLACE DRIVE**
**Missouri City, TX 77489**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,175.00** |
|---|---|---|---|

**FAST & SAFE TRANSPORT**
**12000    PAXTON STREET**
**Sylmar, CA 91342**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,950.00** |
|---|---|---|---|

**FASTRACK FREIGHT INC**
**4193 FLATROCK DRIVE #200**
**Riverside, CA 92505**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fidelity Truck & Auto Ins**
**115 N. Vineyard Avenue #200**
**Ontario, CA 91764**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-23__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fino Services LLC**
**6193 Hwy Blvd.**
**Katy, TX 77494**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-23__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,260.00** |
|---|---|---|---|

**FIROZ THIND DBA MMA TRUCKING**
**5431 E PARLIER AVE**
**Fowler, CA 93625**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**FIRST EAGLE TRUCKING**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                  Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.218** | **Nonpriority creditor's name and mailing address** |

**3.218**

**Nonpriority creditor's name and mailing address**
**First Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **$41,200.47**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**

**Nonpriority creditor's name and mailing address**
**First Mid Bank**
**Elan Financial Services**
**PO Box 790408**
**Saint Louis, MO 63179**

Date(s) debt was incurred __

Last 4 digits of account number  **2116**

As of the petition filing date, the claim is: Check all that apply.                        **$388,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt : (2) loans**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.220**

**Nonpriority creditor's name and mailing address**
**First Mid Bank**
**Elan Financial Services**
**PO Box 790408**
**Saint Louis, MO 63179**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **$12,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (credit card)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.221**

**Nonpriority creditor's name and mailing address**
**FIVE STAR DELIVERY SERVICES LL**
**1630 SANTA MONICA ST**
**San Antonio, TX 78201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **$2,700.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.222**

**Nonpriority creditor's name and mailing address**
**FLEET MATCH, INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **$21,440.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.223**

**Nonpriority creditor's name and mailing address**
**Fortis Insurance Brokers**
**1212 S. Bristol Street #11**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2018-23**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.224**

**Nonpriority creditor's name and mailing address**
**FRANCIS DOLORES GONZALEZ**
**DBA LOLY TRANSPORT**
**14320 SLOVER AVE**
**Fontana, CA 92337**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                        **$10,775.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**FRIENDLY & SAFE TRANSPORT LLC**
**1716 BRIARCREST DRIVE**
**Bryan, TX 77802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fundamental Underwriters**
**28791 Network Place**
**Chicago, IL 60673**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,093.00** |
|---|---|---|---|

**FUTURE MEDICAL TRANSPORTATION,**
**6442 WINDY ROAD**
**Las Vegas, NV 89119**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,145.00** |
|---|---|---|---|

**G & E TRUCKING, INC**
**9017 STATEN ISLAND DRIVE**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**G.M. Lawrence Brokerage**
**7746 Lorraine Ave #214**
**Stockton, CA 95210**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,205.00** |
|---|---|---|---|

**GA TRANSPORTATION INC**
**15825 ROXFORD ST**
**Sylmar, CA 91342**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,248.00** |
|---|---|---|---|

**GAGAN XPRESS INC**
**2572 S UNION AVE**
**Fresno, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**
_____        Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.232**

**Nonpriority creditor's name and mailing address**
**Gain Insurance Agency**
**1502 Cypress Avenue**
**Los Angeles, CA 90062**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.233**

**Nonpriority creditor's name and mailing address**
**GALVAN AND SONS TRANSPORT LLC**
**11234 DUBLIN TRACE**
**Dallas, TX 75254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,700.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**
**GAMERZ LOGISTICS INC**
**1820 PENNEBAKER WAY APT 202**
**Manteca, CA 95336**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,525.00**

---

**3.235**

**Nonpriority creditor's name and mailing address**
**GAYLE'S TRANSPORTATION COMPANY**
**14416 SLOVER AVE**
**Fontana, CA 92337**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,383.00**

---

**3.236**

**Nonpriority creditor's name and mailing address**
**Gazelle Logistics Inc**
**8261 Schaeffer Ave**
**Ontario, CA 91761**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,785.00**

---

**3.237**

**Nonpriority creditor's name and mailing address**
**GBC Insurance Solutions Inc**
**110 East 9th St, Suite A-1126**
**Los Angeles, CA 90079**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.238**

**Nonpriority creditor's name and mailing address**
**General Agents Acceptance Corp**
**PO Box 1177**
**Lake Forest, CA 92609**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$136.15**

---

Debtor __Altamont Insurance Group, LLC_____ Case number (if known) _____
       Name

| 3.239 | **Nonpriority creditor's name and mailing address**<br>**GERMAN TRUCKING INC**<br>**4129 MERCER DRIVE**<br>**Modesto, CA 95356** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,275.00** |

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address**<br>**GGS TRUCKING INC**<br>**3150 N WEBER AVE**<br>**Fresno, CA 93722** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,545.00** |

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address**<br>**GHALIB TRUCKING INC**<br>**1513 ALAMO DRIVE  APT 21**<br>**Vacaville, CA 95687** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,422.00** |

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address**<br>**Ghasem Nikjoo**<br>**dba Pacific Caravan Trucking**<br>**dba Pacific Cara**<br>**Irvine, CA 92614** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,300.00** |

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address**<br>**GID TRANSPORT EXPRESS INC**<br>**5170 Steve Ave**<br>**Riverside, CA 92509** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,025.00** |

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address**<br>**GILSON XPRESS INC**<br>**1030 COTTONWOOD RD**<br>**Bakersfield, CA 93307** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,067.00** |

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address**<br>**GIVDJ Valley Ins. Agency LLC**<br>**2350 W. Shaw Avenue #150**<br>**Fresno, CA 93711** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __2018-23__

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Altamont Insurance Group, LLC**                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.246** | |

**Nonpriority creditor's name and mailing address**
**Givesurance Ins Servives LLC**
**21900 Burbank Blvd.**
**3rd Floor**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**
**GLEN SAGASTUME GARCIA**
**14928 SLOVER ST**
**Fontana, CA 92337**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$2,763.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**
**Glendale Best Insurance Svc**
**1236 S. Glendale Ave #A**
**Glendale, CA 91205**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.249**

**Nonpriority creditor's name and mailing address**
**GLG, Inc.**
**6332 S. Rainbow Blvd #100**
**Las Vegas, NV 89118**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250**

**Nonpriority creditor's name and mailing address**
**GLOBAL STAR TRANS INC**
**3500 DATA DRIVE APT 262**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$12,713.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.251**

**Nonpriority creditor's name and mailing address**
**GNTTC, INC**
**19610 SERMAN WAY UNIT 1**
**Reseda, CA 91335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$4,343.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.252**

**Nonpriority creditor's name and mailing address**
**Go To Premium Finance**
**PO Box 4312**
**Woodland Hills, CA 91365**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                          Case number *(if known)* _____
_____
Name

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.00** |
|---|---|---|---|

**GOLD CARRIERS, INC**
**5620 DISTRICK BLVD APT 1089331**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,125.00** |
|---|---|---|---|

**GOLDEN HAWK TRANSPORTATION INC**
**3400 E ROSE ST**
**Compton, CA 90221**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Golden Pro Insurance Svcs, Inc**
**28048 Bouquest Canyon Road**
**Suite #2**
**Santa Clarita, CA 91350**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gomez Insurance Agency**
**3651 Mitchell Rd #D**
**Ceres, CA 95307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,938.00** |
|---|---|---|---|

**GOMEZ TRANSPORTATION, LLC**
**25208 MC COY AVE**
**Harbor City, CA 90710**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020b**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,350.00** |
|---|---|---|---|

**GR CARRIER, INC**
**2955 OATES STREET**
**West Sacramento, CA 95691**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grandeza Ins Brokerage, Inc.**
**17791 Exa Court**
**Carson, CA 90746**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                    Case number *(if known)* _____
_____
Name

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Granite Premium Finance Inc**
PO Box 66501
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,749.00** |
|---|---|---|---|

**GREGORY MAGEE II**
6327 MELODY LANE APT 2724
Dallas, TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,860.00** |
|---|---|---|---|

**GREWAL FREIGHTWAY INC**
3612 W SAN JOSE AVE APT 213
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**GULCHUCKS TRANSPORTATION SERVI**
2201 FOREST LAKE DRIVE
95670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,071.00** |
|---|---|---|---|

**GURCHARANJIT SINGH**
**DBA: SANGER BROS**
4231 E CLAYTON AVE
Fresno, CA 93725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
|---|---|---|---|

**GURMINDER SINGH**
1700 N Tully Rd Apt E238
Turlock, CA 95380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,070.00** |
|---|---|---|---|

**Gurnam Singh dba: NS Transport**
2301 W BELMONT AVE
Fresno, CA 93728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Altamont Insurance Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,458.00** |
|---|---|---|---|

**Gurnam Transport, Inc**
**2396 South Golden Gate Blvd**
**Fowler, CA 93625**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,922.00** |
|---|---|---|---|

**GURPINDER SINGH**
**DBA SAMRA TRUCK LINE**
**Delhi, CA 95315**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,840.00** |
|---|---|---|---|

**GURPREET SINGH**
**DBA JAKARA TRAN**
**1916 WOODLAND DRIVE**
**Yuba City, CA 95991**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,925.00** |
|---|---|---|---|

**GURPREET SINGH**
**DBA BAAZ TRUCK LINE**
**1740 REILLY ROAD**
**Merced, CA 95341**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,840.00** |
|---|---|---|---|

**GURPREET SINGH DBA LIVE TRUCKI**
**3032 N VAHE AVE**
**Fresno, CA 93737**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,584.00** |
|---|---|---|---|

**GURPREET SINGH DBA RED TRANSPO**
**6082 N DELBERT AVE**
**Fresno, CA 93722**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,880.00** |
|---|---|---|---|

**GURPREET SINGH PADDA**
**DBA BLUE HORSE TRANSPORT**
**Fresno, CA 93711**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)*   _____

| | | |
|---|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,513.00** |

**GURSEWAK S GILL**
**3469 W BENJAMIN HOLT DR   #497**
**Stockton, CA 95219**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,063.00** |
|---|---|---|---|

**H LOMELI TRUCKING LLC**
**2093 FOOTHILLL AVE**
**San Bernardino, CA 92410**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,213.00** |
|---|---|---|---|

**H2B LOGISTICS LLC**
**1204 SUMMER LANE**
**McKinney, TX 75071**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**HANJIE TRUCKING**
**7737 MEADOWCREST CT**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,985.00** |
|---|---|---|---|

**HAR EXPRESS INC**
**7003 N SHIRAZ AVE**
**Fresno, CA 93722**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,125.00** |
|---|---|---|---|

**HAR TRANSPORT INC**
**14447 FIRESTONE BLVD**
**La Mirada, CA 90638**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,103.00** |
|---|---|---|---|

**HARBINDER SINGH DHALIWAL DBA D**
**9245 STEPHENS ST**
**Delhi, CA 95315**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                      Case number *(if known)* _____
_____
Name

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,761.00** |

**HARDEEP SINGH DBA CALI RYDAZ T**
**762 SUGAR PINE DRIVE**
**Lathrop, CA 95330**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**HARDIP SINGH DBA HARRY TRUCKIN**
**1849 NELSON BLVD APT 144**
**Selma, CA 93662**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,468.00** |

**HARJINDER SINGH**
**2190 N SCHNOOR ST #124**
**Madera, CA 93637**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,275.00** |

**HARJOT SINGH MAAN**
**DBA SMS TRANSPORT**
**6838 W FALLON AVE**
**Nashville, TN 37220**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |

**HARMAN TRUCK LINE INC**
**7529 REESE RD**
**Sacramento, CA 95828**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,078.00** |

**HARMANDEEP SINGH KHANGURA DBA**
**DBA PARAM TRUCKING**
**2306 AMANECER AVE**
**Clovis, CA 93619**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,550.00** |

**HARMINDER SINGH DBA DTC**
**3111 S CHESTNUT AVE**
**Fresno, CA 93725**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:**  __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.288**

**Nonpriority creditor's name and mailing address**

**HARNOOR TRANSPORT INC**
**1545 JODI DRIVE**
**Yuba City, CA 95993**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt 4970**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**HAROLD R CHANDRA**
**3594 CRISSWELL DRIVE**
**Elk Grove, CA 95624**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,808.00**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**HARPREET SINGH VIRK DBA VIRK T**
**4408 TRUXEL RD APT 38**
**Sacramento, CA 95834**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,890.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**HARRY SUN TRUCKING LLC**
**5545 N MADELYN AVE**
**Fresno, CA 93723**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,225.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**HARWINDER SINGH**
**4501 MARPLE CREST STREET**
**Sacramento, CA 95834**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,525.00**

---

**3.293**

**Nonpriority creditor's name and mailing address**

**HAUL LOGISTICS**
**4951 W JACQUELYN AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,275.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Haul Master Carriers LLC**
**33200 Rd 212**
**Woodlake, CA 93286**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,020.00**

---

Debtor  **Altamont Insurance Group, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Heffernan Insurance Brokers**
**1350 Carlback Avenue**
**Walnut Creek, CA 94596**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | $4,425.00 |

**HIGHWAY FREIGHT INC**
**1220 S CLOVER AVE**
**Fresno, CA 93727**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | $207,130.00 |

**Hilltop Specialty Insurance Co**
**Hudson Insurance Group**
**100 William Street 5th Floor**
**New York, NY 10038**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**HNI Risk Services LLC**
**16805 West Cleveland Ave**
**New Berlin, WI 53151**

**Date(s) debt was incurred  2018-2023**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | $2,750.00 |

**HONEY BEE, Inc**
**2207 E CARSON ST**
**Long Beach, CA 90810**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | $4,650.00 |

**HOWE TRANSPORT LLC**
**1140 CEDAR AVE**
**Bloomington, CA 92316**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | $16,412.00 |

**HPH TRANSPORTATION INC**
**9250 TUJUNGA AVE**
**Sun Valley, CA 91352**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $10,025.00 |

**HSD CARRIER INC**
**4402 RIO VIEJO DRIVE**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $4,575.00 |

**HSK CARRIERS INC**
**15543 Castellion Rd**
**Fontana, CA 92337**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |

**Hub International Midwest Ltd**
**PO Box 158**
**Evansville, IN 47701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $12,200.00 |

**HUDSONBYRD TRUCKING LLC**
**525 HIGHWAY 4 E**
**Ashland, MS 38603**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $3,049.00 |

**HUMBERTO ELIZALDE**
**1558 N ST**
**Newman, CA 95360**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $6,025.00 |

**HUMBLE FREIGHT CARRIER INC**
**4225 W CAPTIOL AVE**
**Clovis, CA 93611**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $5,959.00 |

**HUNDAL BROS EXPRESS INC**
**10865 WALNUT DRIVE**
**Fontana, CA 92335**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**

Case number *(if known)* _____

Name

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,848.00 |
|---|---|---|---|

**HUSKY GROUP INC**
**11414 PENROSE AVE**
**Sun Valley, CA 91352**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,090.00 |
|---|---|---|---|

**HUSKY GROUP INC**
**11434 PENROSE ST**
**Sun Valley, CA 91352**

Date(s) debt was incurred __202__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,283.00 |
|---|---|---|---|

**I Truck Road LLC**
**291 Del Amo Fashion Ct  #13114**
**Torrance, CA 90503**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|

**IAHORIA TRANS INC**
**1596 ALICIA WAY**
**Sacramento, CA 95835**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
|---|---|---|---|

**IBROKHIM KAYUMOV**
**1408 48TH AVE**
**San Francisco, CA 94122**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,655.00 |
|---|---|---|---|

**ICELAND EXPRESS INC**
**3661 W SHIELDS AVE APT 156**
**Fresno, CA 93722**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,075.00 |
|---|---|---|---|

**IHAR ZVERAU**
**DBA CD MOVING & TRANSPORTATION**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                    Case number (if known) _____
_____
          Name

| | |
|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** |
| | **Inatellect Insurance Solutions** |
| | **417 West Arden Ave #121A** |
| | **Glendale, CA 91203** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** |
| | **Inland Business Systems** |
| | **PO Box 843760** |
| | **Los Angeles, CA 90084** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **$246.48**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** |
| | **Insurance Finance Company LLC** |
| | **PO Box 315** |
| | **Des Moines, IA 50306** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** |
| | **Insuremart, Inc.** |
| | **265 S. Rainbow Blvd #310** |
| | **Las Vegas, NV 89146** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** |
| | **Integrity Network Ins Group** |
| | **1315 Grand Ave Pkwy#101** |
| | **Pflugerville, TX 78660** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** |
| | **Inter Red Insurance Svcs** |
| | **9765 Marconi Drive #105** |
| | **San Diego, CA 92154** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.322 | **Nonpriority creditor's name and mailing address** |
| | **Inzone Insurance Services** |
| | **fka G.M. Lawrence Ins. Broker** |
| | **776 Lorraine Avenue #214** |
| | **Stockton, CA 95210** |
| | **Date(s) debt was incurred  2018-23** |
| | **Last 4 digits of account number  _** |

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Altamont Insurance Group, LLC**_____     Case number *(if known)* _____
         Name

| | |
|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** |

**3.323**

**Nonpriority creditor's name and mailing address**
**IPFS**
**PO Box 412086**
**Kansas City, MO 64105**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$40,161.85**

---

**3.324**

**Nonpriority creditor's name and mailing address**
**ITZEL BIBIANO DBA M AND I TRAN**
**1820 HARTMAN ROAD**
**Livermore, CA 94551**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$11,882.00**

---

**3.325**

**Nonpriority creditor's name and mailing address**
**Ivan Marquez Agency**
**801 15th Street #A**
**Burbank, CA 91506**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.326**

**Nonpriority creditor's name and mailing address**
**J & D TRANS, INC**
**1816 GOLDEN STATE AVE**
`
**Bakersfield, CA 93301**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,112.00**

---

**3.327**

**Nonpriority creditor's name and mailing address**
**J & J TRUCKLINES INC**
**1002 FRONTAGE RD**
**Ripon, CA 95366**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,793.00**

---

**3.328**

**Nonpriority creditor's name and mailing address**
**J C LOGISTICS LLC**
**8631 LIVE OAK**
**Fontana, CA 92335**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.329**

**Nonpriority creditor's name and mailing address**
**J&S Insurance Agency**
**18709 116th Avenue East**
**Puyallup, WA 98374**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Altamont Insurance Group, LLC**                                          Case number (if known) _____
         Name

| | |
|---|---|
| **3.330** | **Nonpriority creditor's name and mailing address** |

**3.330**   **Nonpriority creditor's name and mailing address**

**JACKPOT EXPRESS INC**
**600 HOSKING AVE  APT 540**
**Bakersfield, CA 93307**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,875.00**

---

**3.331**   **Nonpriority creditor's name and mailing address**

**Jagdeep Singh Ins Agency, Inc.**
**4185 West Figarden Dr. #101**
**Fresno, CA 93722**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332**   **Nonpriority creditor's name and mailing address**

**JAGDISH SINGH SRAN DBA APV TRA**
**7601 SUNRISE BLVD SUITE 5**
**New York, NY 10095**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,095.00**

---

**3.333**   **Nonpriority creditor's name and mailing address**

**JAGDISH SINGH SRAN DBA APV TRA**
**3175 SANKEY ROAD**
**Pleasant Grove, CA 95668**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,999.00**

---

**3.334**   **Nonpriority creditor's name and mailing address**

**JAGJEET SINGH DBA:  FAST EXPRE**
**3965 W SHIELD AVE #23**
**Fresno, CA 93722**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,790.00**

---

**3.335**   **Nonpriority creditor's name and mailing address**

**JAN CARRIER, INC**
**701 ROOSTER DRIVE**
**Bakersfield, CA 93307**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt 1**

Is the claim subject to offset? ■ No ☐ Yes

**$9,331.00**

---

**3.336**   **Nonpriority creditor's name and mailing address**

**JARET PYE**
**DBA BILL PYE TRUCKING LLC**
**4602 S BUDLONG AVE**
**Los Angeles, CA 90037**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$661.00**

---

Debtor  **Altamont Insurance Group, LLC**
          Name

Case number (if known) _____

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,875.00** |
|---|---|---|---|

**JARNAIL SINGH**
**DBA ON TIME TRUCKING**
**1301 RICHLAND AVE APT 141**
**Modesto, CA 95351**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,175.00** |
|---|---|---|---|

**JARNAIL SINGH DHALIWAL**
**DBA  DHALIWAL TRUCKING**
**600 HOSKING AVE  APT 7D**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,195.00** |
|---|---|---|---|

**JASVINDER SINGH DBA NS TRANSPO**
**6651 W KADOTA AVE**
**Fresno, CA 93723**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,725.00** |
|---|---|---|---|

**JASVIR KAUR DBA JAGAT TRANSPOR**
**5187 W CARMEN AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,018.00** |
|---|---|---|---|

**JASWINDER KAUR**
**DBA GOLDEN STATE TRUCKING**
**1187 N WILLOW AVE STE 103 #814**
**Clovis, CA 93611**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,460.00** |
|---|---|---|---|

**JATINDER SINGH DBA DHAILWAL**
**888 BETHEL AVE APT 130**
**Sanger, CA 93657**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,601.00** |
|---|---|---|---|

**JATINDERPAL SINGH GARCHA**
**DBA GARCHA EXPRESS**
**3880 MOUNTAIN VIEW ROAD,**
**Turlock, CA 95382**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** |

**3.344**

**Nonpriority creditor's name and mailing address**
**Javier Chavez Agency LLC**
**14531 Kentley Orchard Lane**
**Cypress, TX 77429**
Date(s) debt was incurred **2018-23**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.345**

**Nonpriority creditor's name and mailing address**
**Javier Insruance Services**
**12116 Garfield Avenue**
**South Gate, CA 90280**
Date(s) debt was incurred **2018-23**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.346**

**Nonpriority creditor's name and mailing address**
**Jawanda Express Inc**
**1595 Solistra CIR**
**Colton, CA 92324**
Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$6,233.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.347**

**Nonpriority creditor's name and mailing address**
**JBSN TRANSPORT INC**
**5414 E LAURITE AVE**
**Fresno, CA 93727**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$6,725.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.348**

**Nonpriority creditor's name and mailing address**
**JD SUKH EXPRESS**
**8700 ANTELOPE NORTH RD**
**Antelope, CA 95843**
Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$13,650.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.349**

**Nonpriority creditor's name and mailing address**
**Jesus Emmanuel Hernandez Meza**
**dba J&M Transport**
**46155 DILLON ROAD**
**Sylmar, CA 91342**
Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,400.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**3.350**

**Nonpriority creditor's name and mailing address**
**JHAND CARRIER, INC**
**5301 N VALENTINE AVE APT 157**
Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$7,113.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Altamont Insurance Group, LLC**                          Case number *(if known)* _____
_____
Name

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,214.00 |

**JNB LOGISTICS INC**
**15627 W BOTELHO AVE**
**Kerman, CA 93630**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,832.00 |

**JOGA SINGH DBA SGS TRANS INC**
**3075 W NIELSON AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jones Trucking Ins. Agency Inc**
**10100 Saddlecreek Road**
**Waco, TX 76708**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,667.00 |

**JONPAL SINGH**
**2572 S UNION ROAD**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jordan A. Bremer**
**2530 P Street**
**Merced, CA 95340**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |

**JOSE LUIS VASQUEZ**
**2538 S UNION AVE**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,762.00 |

**JS SINGH**
**4375 N GOLDEN STATE BLVD**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,722.00** |
|---|---|---|---|

**JS SINGH**
**4460 W SHAW AVE PMB 379**
**Fresno, CA 93722**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,082.00** |
|---|---|---|---|

**JS SINGH**
**6103 SHINING SUNSET DRIVE**
**Sparks, NV 89436**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JTC Insurance Agency**
**17800 Castleton Street**
**Rowland Heights, CA 91748**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
|---|---|---|---|

**JUAN A VELAZQUEZ**
**DBA JAM TRUCK**
**1109 KLEEMAN WAY**
**Arbuckle, CA 95912**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,970.00** |
|---|---|---|---|

**JUAN AMERICANO HERNANDEZ**
**DBA j&a TRUCKING**
**2850 LOOMIS RD**
**Stockton, CA 95205**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**JUAN LUNA CASTELLANOS**
**11392 SKY COUNTRY DRIVE**
**Mira Loma, CA 91752**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,390.00** |
|---|---|---|---|

**JUAN MANUEL AMEZCUA**
**14201 COSTAJO RD**
**Bakersfield, CA 93313**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**                     Case number (if known) _____

_____
Name

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,655.00** |
|---|---|---|---|

**JUJHAR SINGH DBA BINDRA EXPRES**
**4101 E NORTH AVE**
**Fresno, CA 93725**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  `**Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.00** |
|---|---|---|---|

**JULIO CESAR CORTEZ**
**9317 Bandera St**
**Los Angeles, CA 90002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,875.00** |
|---|---|---|---|

**Julio Orellana Prieto**
**dba OP&J Trucking**
**14320 Soldedad Canyon**
**Canyon Country, CA 91387**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,970.00** |
|---|---|---|---|

**K JOT TRUCKING INC**
**2881 E JENSON AVE**
**Fresno, CA 93706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,763.00** |
|---|---|---|---|

**K&P Transportation LLC**
**1565 Sekio Ave**
**Rowland Heights, CA 91748**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,807.00** |
|---|---|---|---|

**KANGAROOFREIGHT LINES INC**
**DBA KFL INC.**
**9881 ELDER CREEK RD**
**Sacramento, CA 95829**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$723.00** |
|---|---|---|---|

**KANWALJIT SINGH**
**10322 W LINNE RD**
**Tracy, CA 95376**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,588.00** |
| | **KATERIN K KHACHIKYAN DBA WHITE** | ■ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred **2020** | ☐ Disputed | |
| | Last 4 digits of account number **_** | Basis for the claim: **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
| | **KAUFMAMNNS LLC** | ■ Contingent | |
| | 241 W. Rialto Ave Unit 805 | ☐ Unliquidated | |
| | Baker, CA 92309 | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,118.00** |
| | **KAWALJIT SINGH BAJWA** | ■ Contingent | |
| | 11756 ROSE WIND CT | ☐ Unliquidated | |
| | Rancho Cordova, CA 95742 | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,998.00** |
| | **KAZZANOS TRUCKING INC** | ■ Contingent | |
| | 652 E 12TH STREET | ☐ Unliquidated | |
| | Los Angeles, CA 90023 | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,275.00** |
| | **KD TRANSIT INC** | ☐ Contingent | |
| | 3565 W BARSTOW AVE APT 217 | ☐ Unliquidated | |
| | Fresno, CA 93711 | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Kemper CPA Group LLP** | ■ Contingent | |
| | 3031 W. March Lane #133 South | ☐ Unliquidated | |
| | Stockton, CA 95219 | ☐ Disputed | |
| | Date(s) debt was incurred **2018-23** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,968.00** |
| | **KEVIN LOUIS HARRIS** | | |
| | **DBA HARRIS FAMILY TRUCKING** | ■ Contingent | |
| | 20030 CRESTVIEW DRIVER 134 | ☐ Unliquidated | |
| | Canyon Country, CA 91351 | ☐ Disputed | |
| | Date(s) debt was incurred **20030 CRESTVIEW DRIVER 134** | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Altamont Insurance Group, LLC**
_____    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |

**KEVIN POOLER DBA: POOLER TRUCK**
**4236 SO HIGHWAY 99**
**Stockton, CA 95215**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,550.00**

---

| 3.380 | **Nonpriority creditor's name and mailing address** |

**KEVINDEEP SINGH BRAR DBA: CALI**
**4231 N BAIN AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  **93722**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,743.00**

---

| 3.381 | **Nonpriority creditor's name and mailing address** |

Khachik Sahakyan dba GS 12
11475 Penrose St.
Sun Valley, CA 91352

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,100.00**

---

| 3.382 | **Nonpriority creditor's name and mailing address** |

**KHATTRA CARGO INC**
**5118 BLUE BROOK DRIVE**
**Bakersfield, CA 93313**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,345.00**

---

| 3.383 | **Nonpriority creditor's name and mailing address** |

**KHUSHWANT SINGH**
**596 ANNA DRIVE**
**Yuba City, CA 95993**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,150.00**

---

| 3.384 | **Nonpriority creditor's name and mailing address** |

**KHUSHWANT SINGH**
**596 ANNA DRIVE**
**Yuba City, CA 95993**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$7,788.00**

---

| 3.385 | **Nonpriority creditor's name and mailing address** |

**KHUSHWANT SINGH**
**2730 W PRINCETON AVE**
**Fresno, CA 93705**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,850.00**

---

Debtor   **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kingpin Insurance Services**
**30545 Union City Blvd.**
**Union City, CA 94587**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2023**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,548.00** |

**KKR TRANSPORTATION, INC**
**4259 W CAMBRIDGE AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |

**KNIGHTAEH INC**
**144 N CEDAR ST**
**Glendale, CA 91206**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,225.00** |

**KRS LOGISTICS, INC**
**KRS LOGISTICS, INC**
**Fresno, CA 93723**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,900.00** |

**KS KHALSA TRANSPORT INC**
**6221 W SAN JOSE AVE**
**Fresno, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,875.00** |

**KULWINDER SINGH DBA KS GILL**
**404 S WAVERLY LANE APT 117**
**Fresno, CA 93727**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kunkel & Associates, Inc.**
**401 Data Court**
**Dubuque, IA 52003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2023**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**  Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.393 | |

**Nonpriority creditor's name and mailing address**
**L&J CARGO INC**
**14111 Soledad Canyon Rd**
**Canyon Country, CA 91387**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$20,425.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.394 | |

**Nonpriority creditor's name and mailing address**
**LA West Insurance Services**
**5177 W. Sunset Blvd**
**Los Angeles, CA 90027**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$45,000.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.395 | |

**Nonpriority creditor's name and mailing address**
**LAKHWINDER SINGH GILL DBA GHL**
**6251E AMERICAN AVE**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$6,575.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.396 | |

**Nonpriority creditor's name and mailing address**
**Lancashire Insurance Company**
**20 Fenchurch Street**
**London ,  EC3M 3BY**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.397 | |

**Nonpriority creditor's name and mailing address**
**LANCER TRANSPORT LLC**
**10961 LARCH AVE**
**Riverside, CA 92516**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$56,565.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.398 | |

**Nonpriority creditor's name and mailing address**
**LAZO TRANSPORTATION INC**
**9441 OPAL AVE**
**Mentone, CA 92359**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$9,123.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.399 | |

**Nonpriority creditor's name and mailing address**
**Leap Carpenter Kemp Insurance**
**3187 Collins Drive**
**Merced, CA 95348**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.400** | **Nonpriority creditor's name and mailing address** |

**3.400** **Nonpriority creditor's name and mailing address**
**Licensing Professionals**
PO Box 566
**Lynden, WA 98264**
**Date(s) debt was incurred** _2018-23_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$4,062.30**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** **Nonpriority creditor's name and mailing address**
**LINK FREIGHT LINE INC**
**20 W COLLEGE PKW APT 154 M**
**Carson City, NV 89706**
**Date(s) debt was incurred** _2021_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$9,810.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** **Nonpriority creditor's name and mailing address**
**Links Insurance Services**
**6200 Village Parkway #203**
**Dublin, CA 94568**
**Date(s) debt was incurred** _2018-23_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** **Nonpriority creditor's name and mailing address**
**LITTLE MAN MOVING SERVICES, LL**
**3761 N 298TH DRIVE**
**Buckeye, AZ 85396**
**Date(s) debt was incurred** _2020_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$2,640.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** **Nonpriority creditor's name and mailing address**
**LKW TRANSPORTATION**
**82560 AIRPORT BLVD**
**Sylmar, CA 91342**
**Date(s) debt was incurred** _2022_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$5,850.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** **Nonpriority creditor's name and mailing address**
**LLX GROUP INC**
**8595 MILLIKEN AVE**
**Temple City, CA 91780**
**Date(s) debt was incurred** _2022_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$8,125.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** **Nonpriority creditor's name and mailing address**
**LONDON EXPRESS, INC**
**3400 EAST 8 MILE**
**Fresno, CA 93722**
**Date(s) debt was incurred** _2021_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                **$8,775.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,033.00** |
|---|---|---|---|

**LONNIE DUANE HICKEY**
**DBA RENEGADE LOGISTICS**
**108 S LONGHORN DR**
**Weatherford, TX 76085**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,448.00** |
|---|---|---|---|

**LPL TRANSPORT INC**
**519 4TH ST PMB 118**
**Clovis, CA 93612**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,946.00** |
|---|---|---|---|

**LU WAY TRANSPORTATION, LLC**
**6956 DUBLIN DR**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lubemer International Ins**
**11859 Inglewood Avenue**
**Hawthorne, CA 90250**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lubin-Bergman Organization**
**5 Revere Drive #370**
**Northbrook, IL 60062**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lucila's Insurance Services**
**12116 Garfield Avenue**
**South Gate, CA 90280**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,690.00** |
|---|---|---|---|

**LVL, LLC**
**DBA STARDUST TRANSPORTATION**
**DBA STARDUST TRANSPOR**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Lxtus Insurance Services**
**848 Clovis Avenue**
**Clovis, CA 93612**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$793.00** |

**M AND I TRANSPORT**
**898 HERMAN AVE APT 109**
**Livermore, CA 94551**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,980.00** |

**M G S TRUCKING**
**1200 ACACIA AVE**
**Sutter, CA 95982**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$16,238.00** |

**MAA LOGISTICS INC**
**2572 S UNION RD**
**Fresno, CA 93703**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$11,500.00** |

**MACHINERY TRANSPORT LLC**
**3397 HWY 259S**
**Henderson, TX 75653**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,350.00** |

**MAGMATUS, LLC**
**1133 JUSTIN AVE #214**
**Glendale, CA 91201**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$8,425.00** |

**MAHI LOGISTICS INC**
**6752 VINELAND RD**
**Bakersfield, CA 93307**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Case number *(if known)* _____

Name

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,380.00 |

**MAJ TRUCKING LLC**
**13500 MARLAY AVE**
**Fontana, CA 92337**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,375.00 |

**MAJHA EXPRESS INC**
**1346 EAST TAYLOR STREET**
**San Jose, CA 95133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,625.00 |

**MALWA HAULIER INC**
**400 GANDY DANCER DR**
**Tracy, CA 95377**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,820.00 |

**MAND LOGISTICS INC**
**3602 W SAN JOSE AVE APT 140**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,546.00 |

**MANJINDER SINGH DBA MANAK TRAN**
**555 S ARGYLE AVE APT 122**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,915.00 |

**MANJIT SINGH**
 **DBA LOVEJOT TRANSPORT**
**19758 SANTA ANA AVE**
**Bloomington, CA 92316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,330.00 |

**MANPREET SINGH DBA M & M CARGO**
**6428 GREEN GARDEN DR**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                         Case number (if known) _____
_____
Name

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,123.00** |
|---|---|---|---|

**MANUEL SALVADOR RODRIGUEZ**
 **DBA SALS TRANSPORTATION**
**195 98TH AVE**
**Oakland, CA 94603**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,112.00** |
|---|---|---|---|

**MARCO A RICO DBA IMPERIAL FREI**
**2712 MEADOWBRROK DR**
**Imperial, CA 92251**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,850.00** |
|---|---|---|---|

**MARCOS A GONZALEZ CERROS DBA M**
**1590 11TH ST**
**Mendota, CA 93640**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marquee Insurance Group LLC**
**1000 Holcomb Woods Pkwy #315A**
**Roswell, GA 30076**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marshall-Sutton & Associates**
**1209 N.Saginaw Blvd #G-251**
**Fort Worth, TX 76179**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,925.00** |
|---|---|---|---|

**MARTIN & DANIE MORALES**
**DBA MORALES TRUCKING**
**11405 DOWNEY AVE**
**Downey, CA 90241**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,307.00** |
|---|---|---|---|

**MARVIN ANTONIO DIAZ MENDOZA**
**DBA AM TRANSPORT**
**31901 SAN VICENTE RD**
**San Diego, CA 92121**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____
              Name

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,475.00** |

**MASSEYS TRANS INC**
**15794 Boyle Ave**
**Fontana, CA 92334**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Matthew Hernandez**
**5410 Rainbow Lane**
**Atwater, CA 95301**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,230.00** |

**MBT TRANSPORT INC**
**3139S H STREET  APT 20**
**Robbins, CA 95676**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,363.00** |

**MBT TRANSPORT INC**
**3139S H STREET  APT 20**
**Bakersfield, CA 93304**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,794.00** |

**MCFARLAND LOGISTICS INC**
**8701 US 395**
**Hesperia, CA 92344**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |

**McGuire Transport LLC**
**9445 BELLEGRAVE AVE**
**Baker, CA 92309**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McMillan Insurance Group**
**Division of World Ins. Assoc**
**656 Shrewsbury Avenue #200**
**Red Bank, NJ 07701**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**_____   Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 3.442 | **Nonpriority creditor's name and mailing address** |

**3.442**

**Nonpriority creditor's name and mailing address**
**McMillan Insurance Group**
**5608 Malvey Ave #119**
**Fort Worth, TX 76107**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**
**MDM TRANS, INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$33,950.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**
**Metro Express International LL**
**6531 Rhodes  Ave**
**North Hollywood, CA 91606**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$3,450.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.445**

**Nonpriority creditor's name and mailing address**
**MHOOPER TRANSPORTATION LLC**
**3525 ISLAND AVE #D**
**San Diego, CA 92102**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$17,452.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**
**MIA EXPRESS LLC**
**27441 N BLACK CANYON HWY UNIT**
**Stockton, CA 95205**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$6,970.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.447**

**Nonpriority creditor's name and mailing address**
**MIA EXPRESS LLC**
**27441 N BLACK CNYN HWY #T 107**
**Phoenix, AZ 85085**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$7,230.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.448**

**Nonpriority creditor's name and mailing address**
**Michael Hasan, CPA**
**5927 Balfour Court 115**
**Carlsbad, CA 92008**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                Case number (if known) _____
                    Name

| | | |
|---|---|---|
| 3.449 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Michael Kennedy Ins Agency**
**2295 Fletcher Parkway #100**
**El Cajon, CA 92020**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address** | **$3,525.00** |

**Mickey and Sons Inc**
**11475 Penrose St.**
**Sun Valley, CA 91352**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Millennium Finance Corp**
**PO Box 66501**
**Saint Louis, MO 63166**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** | **$622.96** |

**Mitel**
**PO Box 53230**
**Phoenix, AZ 85072**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address** | **$7,250.00** |

**MK TRUCKLINES INC**
**1405 S POST ROAD**
**Indianapolis, IN 46239**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address** | **$4,863.00** |

**MKS TRANS INC**
**2264 N MARKS AVE APT 234**
**Fresno, CA 93722**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** | **$3,763.00** |

**MMH Transport LLC**
**4162 Mission BLVD**
**Montclair, CA 91763**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____      Case number (if known) _____
Name

| | |
|---|---|

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,375.00**

**MNATSAKAN MIKE GRIGORYAN**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,275.00**

**MOHAMMAD BOOTA SHAHBAZ**
**DBA MAHER BROTHER**
**3645 EL DORADO ST**
**Stockton, CA 95206**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,288.00**

**Mohammad Ilkhani**
**dba Mozafari Trucking**
**115 S Wildwood Ave**
**Glendora, CA 91741**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,565.00**

**MOHAN SINGH DBA A&A TRUCK LINE**
**2375 INDUSTRIAL ROWE**
**Turlock, CA 95380**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,275.00**

**MOHI TRUCKING INC**
**6204 STINE RD APT C**
**Bakersfield, CA 93313**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,250.00**

**MPG TRANSPORTATION LLC**
**1030 COTTONWOOD ROAD**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,305.00**

**MSD TRANPSORTATION, LLC**
**9508 185TH STREET CT**
**PUYALLUP, WA 98735**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Altamont Insurance Group, LLC**                          Case number (if known) _____
_____
Name

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,137.00 |
|---|---|---|---|

**3.463**

**Nonpriority creditor's name and mailing address**
**MST INS SVCS INC**
**5249 N CORNELIA AVE**
 **CA 92722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,137.00**

---

**3.464**

**Nonpriority creditor's name and mailing address**
**MST Insurance Services, Inc.**
**2672 Amtchi Court**
**Tracy, CA 95304**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**

**Nonpriority creditor's name and mailing address**
**MT ON TIME, INC**
**11620 PEORIA ST**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,920.00**

---

**3.466**

**Nonpriority creditor's name and mailing address**
**MTA Transport Inc**
**5140 W Ramsey St**
**Banning, CA 92220**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.467**

**Nonpriority creditor's name and mailing address**
**MTG Insurance**
**106 East 12th Street**
**Benton, KY 42025**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.468**

**Nonpriority creditor's name and mailing address**
**MUHAMMAD ALI**
**11582 QUARTZ DR**
**95602**
**Auburn, CA 95602**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,125.00**

---

**3.469**

**Nonpriority creditor's name and mailing address**
**MUKHPAL SINGH**
**DBA MUKHPAL FREIIGHT CARRIERS**
**2436 STAGECOACH RD**
**Stockton, CA 95215**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,275.00**

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,975.00** |

**MULTANI TRUCKING INC**
**4801 TULLY RD**
**Modesto, CA 95356**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |

**Mustang Enterprise**
**8474 Coyote Trail**
**Hesperia, CA 92344**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.13** |

**MV Destiny Insurance**
**5629 N. Figarden Dr. #111**
**Fresno, CA 93722**

Date(s) debt was incurred __**2018-23**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,312.00** |

**MVP LOGISTICS, LLC**
**4325 E GUASTI ROAD**
**Ontario, CA 91761**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,100.00** |

**MY NORTH ARROW, INC**
**185 CAJON BLVD**
**San Bernardino, CA 92407**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,450.00** |

**N & NB TRUCKING INC**
**2572 S UNION AVE**
**Bakersfield, CA 93307**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,475.00** |

**N S K FREIGHTLINES INC**
**619 EMERALD PLACE**
**Manteca, CA 95336**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                              Case number (if known) _____

Name

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.00 |
|---|---|---|---|

**NARWAL BROTHERS, INC**
**4449 N BRAWLEY AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**NATAN TRUCKING LLC**
**9221 AMBERTON PARKWAY #140**
**Dallas, TX 75243**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Insurance Agency**
**7120 Minstrel Way #205**
**Columbia, MD 21045**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,058.00 |
|---|---|---|---|

**NAVJOT SINGH DBA GURNAV TRANSP**
**3661 W SHIELDS AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,931.00 |
|---|---|---|---|

**NETWORK**
**24701 ARTHUR ROAD**
**Escalon, CA 95320**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Network Truck Ins Svcs, Inc.**
**120 Main Street**
**Roseville, CA 95678**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,400.00 |
|---|---|---|---|

**NEW ERA LOGISTICS INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Business debt b**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                        Case number *(if known)* _____
_____
Name

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**New Ray Insurance Brokers**
**780 West Grand Ave #C**
**Oakland, CA 94612**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00** |

**NEW RENAISSANCE ENTERPRISE, IN**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Newfront Insurance Svc Inc**
**101 2nd Street #525**
**San Francisco, CA 94105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,263.00** |

**NEXT LEVEL LOGISTICS, INC**
**1108 E PALMER AVE APT 19**
**Glendale, CA 91205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,010.00** |

**NIJJAR BROTHERS INC**
**2733 W PRINCETON AVE**
**Fresno, CA 93705**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,050.00** |

**NIRMAL SINGH AUJLA DBA SSA TRU**
**2733 PRINCETON AVE**
**Meadow Vista, CA 95722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Noble West Insurance**
**205 Natoma Street**
**Folsom, CA 95630**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Altamont Insurance Group, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.491 | **Nonpriority creditor's name and mailing address**<br>**NORTH TRANS, INC**<br>**10322 W LINNE RD**<br>**Tracy, CA 95376**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,520.00** |
| 3.492 | **Nonpriority creditor's name and mailing address**<br>**NORTHERN VALLEY TRUCKING INC**<br>**1651 E WHITMORE AVE**<br>**Ceres, CA 95307**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.493 | **Nonpriority creditor's name and mailing address**<br>**NOW TRANSPORTATION, LLC**<br>**5330 WHEATON ST**<br>**La Mesa, CA 91942**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,080.00** |
| 3.494 | **Nonpriority creditor's name and mailing address**<br>**NW TRANSPORTATION, LLC**<br>**5327 S RIMPAU BLVD**<br>**Los Angeles, CA 90043**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>**OBAN TRANSPORTATION, INC**<br>**11475 PENROSE ST**<br>**Sun Valley, CA 91352**<br><br>Date(s) debt was incurred **2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,450.00** |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>**Old Kentucky Insurance Inc**<br>**915 Lily Creek Road**<br>**Blakenbaker Office Park**<br>**Louisville, KY 40243**<br><br>Date(s) debt was incurred **2018-23**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.497 | **Nonpriority creditor's name and mailing address**<br>**On the Road Insurance Services**<br>**16225 Devonshire Street**<br>**Granada Hills, CA 91344**<br><br>Date(s) debt was incurred **2018-23**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor    **Altamont Insurance Group, LLC**
_____    Case number *(if known)* _____
Name

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,475.00** |
|---|---|---|---|

**On Time Freight, Inc.**
**1607 DUSTY MILLER LANE**
**Ceres, CA 95307**

Date(s) debt was incurred  __**2021**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,175.00** |
|---|---|---|---|

**ONKAR FREIGHT INC**
**3640 W NIELSEN AVE**
**Fresno, CA 93706**

Date(s) debt was incurred  __**2021**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,175.00** |
|---|---|---|---|

**ONKAR TRANSPORT INC**
**3150 N. WEBER AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  __**2021**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,913.00** |
|---|---|---|---|

**ORBIT TRNSPORT INC**
**8215 Beech Ave**
**Fontana, CA 92335**

Date(s) debt was incurred  __**2020**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|---|---|---|---|

**ORE LOGISTICS, LLC**
**6149 E BRICK DRIVE**
**Fresno, CA 93727**

Date(s) debt was incurred  __**2022**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,278.00** |
|---|---|---|---|

**ORFILIA E LOPEZ DE OCHOA**
**DBA: KILL TRANSPORT**
**8589 ETIWANDA AVE**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred  __**2022**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,275.00** |
|---|---|---|---|

**ORNELAS TRANSPORT COMPANY**
**430 N SACRAMENTO ST**
**Lodi, CA 95240**

Date(s) debt was incurred  __**2021**__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**`Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Altamont Insurance Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,375.00** |
|---|---|---|---|

**OSP LOGISTICS INC**
**5925 MOONWOOD WAY**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ovia Insurance Services**
**1809 Banks Road**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|---|

**OVSANNA KARAPETIAN DBA XTRA RO**
**10865 WALNUT DRIVE**
**Sunland, CA 91040**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,093.00** |
|---|---|---|---|

**P GAT TRUCKING INC**
**2733 W PRINCETON AVE**
**Fresno, CA 93705**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pacific Coast Premium Finance**
**627 W. College Street**
**Grapevine, TX 76051**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pacific Coast Truck Ins Svcs**
**18340 Yorba Linda Blvd**
**Suite 107-454**
**Yorba Linda, CA 92886**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,375.00** |
|---|---|---|---|

**PACO MORALES PEREZ**
**DBA CHABELAS TRUCKING**
**2440 E IMPERIAL HWY**
**Selma, CA 93662**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**

Case number *(if known)* _____

Name

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**PAL GILL TRUCKING**
**2572 S Union Ave**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,795.00** |
|---|---|---|---|

**PAL GILL TRUCKING INC**
**2572 S UNION AVE**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,025.00** |
|---|---|---|---|

**PALMA TRUCKING LLC**
**525 FLINT AVE**
**Wilmington, CA 90744**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,003.00** |
|---|---|---|---|

**PANNU CARGO INC**
**16900 Chatworth St Apt 102**
**Granada Hills, CA 91344**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Paracorp, Inc.**
**dba Parasec**
**PO Box 160568**
**Sacramento, CA 95816**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2018-23__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.00** |
|---|---|---|---|

**PARAMJIT SINGH BARRING**
**5888 S CHERRY AVE**
**Fresno, CA 93706**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,475.00** |
|---|---|---|---|

**PARMINDERJEET SINGH DBA J&J TR**
**1717 SHAFT ST**
**Selma, CA 93662**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Altamont Insurance Group, LLC**                                     Case number *(if known)* _____
        _____
        Name

| | |
|---|---|
| 3.519 | **Nonpriority creditor's name and mailing address** |

**3.519**

**Nonpriority creditor's name and mailing address**
**PATIALA TRUCKLINE INC**
**5510 N MILBURN AVE APT 146**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$3,440.00**

�■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520**

**Nonpriority creditor's name and mailing address**
**PAUL XPRESS, INC**
**1568 N DILBERT AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,885.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521**

**Nonpriority creditor's name and mailing address**
**PAVEL DOROSHUK**
**9815 ANTELOPE ROAD**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522**

**Nonpriority creditor's name and mailing address**
**Peck & Peck Insruance Brokers**
**1724 Laurel Street**
**San Carlos, CA 94070**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523**

**Nonpriority creditor's name and mailing address**
**PELIA MULTANI TRANSPORT INC**
**3535S H STREET APT 51**
**Bakersfield, CA 93304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$6,464.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524**

**Nonpriority creditor's name and mailing address**
**PERFECT TRANSPORT LLC**
**1227 Stricker Ave #100**
**Sacramento, CA 95834**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525**

**Nonpriority creditor's name and mailing address**
**PETRO TOPOV**
**4147 SIERRA GOLD DRIVE**
**Antelope, CA 95843**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**
       Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*          **$6,218.00** |

**3.526**

**Nonpriority creditor's name and mailing address**
**PLATINUM FREIGHT LINES, INC**
**1816 GOLDEN STATE AVE**
**Bakersfield, CA 93301**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,218.00**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**Platinum Premium Finance**
**PO Box 66501**
**Saint Louis, MO 63166**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.528**

**Nonpriority creditor's name and mailing address**
**PMSB SERVICES LLC**
**1716 BRIARCREST DRIVE SUITE 30**
**Bryan, TX 77802**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,373.00**

---

**3.529**

**Nonpriority creditor's name and mailing address**
**PMSB SERVICES LLC**
**1716 BRIARCREST DRIVE**
**Bryan, TX 77802**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.530**

**Nonpriority creditor's name and mailing address**
**POTATO EXPRESS, INC**
**1791 SCHULTE DRIVE**
**San Jose, CA 95133**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,150.00**

---

**3.531**

**Nonpriority creditor's name and mailing address**
**POWAR TRANSPORT INC**
**2095 E SAINT ANDREW DRIVE**
**Fresno, CA 93730**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,919.00**

---

**3.532**

**Nonpriority creditor's name and mailing address**
**POWER PROS HOT SHOT LLC**
**8742 HELMS AVE**
**Rancho Cucamonga, CA 91730**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,795.00**

Debtor    **Altamont Insurance Group, LLC**                                   Case number *(if known)* _____
_____
              Name

| | | |
|---|---|---|
| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,742.00** |

**3.533**  **Nonpriority creditor's name and mailing address**

**PRAB KIRPA**
**8700 ANTELOPE NORTH ROAD**
**Antelope, CA 95843**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$4,742.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534**  **Nonpriority creditor's name and mailing address**

**PRABHNOOR TRUCKING INC**
**2739 W PRINCETON AVE**
**Fresno, CA 93705**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$5,879.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535**  **Nonpriority creditor's name and mailing address**

**Preferred Transportation Ins.**
**12443 Lewis Street #102**
**Garden Grove, CA 92840**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536**  **Nonpriority creditor's name and mailing address**

**Premco Financial Corp**
**P Box 19367**
**Kalamazoo, MI 49019**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537**  **Nonpriority creditor's name and mailing address**

**Premier Express**
**11461 Bartlett Way**
**Fontana, CA 92337**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$4,718.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538**  **Nonpriority creditor's name and mailing address**

**Prestige Insurance Group Inc**
**12750 SW 128th St. #210**
**Memphis, TN 38186**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539**  **Nonpriority creditor's name and mailing address**

**Prime Time Insurance Services**
**651 K Avenue**
**Plano, TX 75074**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,450.00** |

**PRIME TRUCKLINES**
**15603 LUCILLE CT**
**Canyon Country, CA 91387**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **$6,550.00** |

**PRIORITY LOGISTICS INC**
**3640 W NIELSEN AVE**
**Fresno, CA 93706**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **$6,025.00** |

**PRK TRANS INC**
**6105 W CLINTON AVE**
**Fresno, CA 93723**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Promaster**
**dba Discovery Pro Insurance**
**5050 Shatto Place #201**
**Los Angeles, CA 90020**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Promminent Services Inc.**
**6912 NW 72 Avenue**
**Miami, FL 33166**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **$4,025.00** |

**Proper Trucking Inc**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **$6,793.00** |

**PTL TRANSPORTATION**
**8840 GLACIER POINT DRIVE**
**Stockton, CA 95212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**
_____    Case number _(if known)_ _____
          Name

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10,200.00** |
|---|---|---|---|

**QANAT RASUL**
**24831 SOLVANG LANE**
**Menifee, CA 92584**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,850.00** |
|---|---|---|---|

**QUSAI SAAD ALBALAWI**
**140 EAST EL NORTE PKY 52**
**Sacramento, CA 95833**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,245.00** |
|---|---|---|---|

**R & R TRUCK LINES LLC**
**DBA  R & R TRUCK LINES**
**34755 SANDBURG CT**
**Union City, CA 94587**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,082.00** |
|---|---|---|---|

**R BROTHERS TRANS INC**
**6753 W ALLUVIAL AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$13,050.00** |
|---|---|---|---|

**R&B TRUCKLINES INC**
**4236 HWY 99**
**Stockton, CA 95215**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$27,425.00** |
|---|---|---|---|

**R13 TRANSPORT INC**
**6701 E PITT AVE**
**Fresno, CA 93727**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$17,889.00** |
|---|---|---|---|

**R7 TRUCKING LLC**
**70 EQUESTRIAN DRIVE**
**Burlington, NJ 08016**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                   Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,885.00 |

**3.554**
**Nonpriority creditor's name and mailing address**
**RAIYA TRANSPORT INC**
**3661 W SHEILDS AVE APT 194**
**Fresno, CA 93722**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$3,885.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555**
**Nonpriority creditor's name and mailing address**
**RAJ KUMAR DBA KAMBOZ TRUCKING**
**5777 E ALTA AVE APT 216**
**Fresno, CA 93727**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$6,425.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556**
**Nonpriority creditor's name and mailing address**
**RAJINDER SINGH DHAMI DBA DHAMI**
**3716 COLUMBIA STREET**
**Selma, CA 93662**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$4,964.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557**
**Nonpriority creditor's name and mailing address**
**RAJPURA TRANSPORTATION INC**
**15740 SHERMAN WAY APT 207**
**Van Nuys, CA 91406**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$3,275.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558**
**Nonpriority creditor's name and mailing address**
**Ram Commercial Ins. Svcs.**
**15 West 5th St.**
**Morgan Hill, CA 95037**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559**
**Nonpriority creditor's name and mailing address**
**Ramirez Insurane Services**
**600 E. Market St. #105**
**Salinas, CA 93905**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560**
**Nonpriority creditor's name and mailing address**
**RANA CARRIER INC**
**2735 MOSSY CREEK STREET**
**Rowland Heights, CA 91748**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$13,725.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,348.00** |

**RANJIT SINGH DBA SINGH TRUCKIN**
**600 HOSKING AVE #71B**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.00** |
|---|---|---|---|

**RANPINE TROKIN INC**
**531 FLINT AVE**
**Wilmington, CA 90744**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,950.00** |
|---|---|---|---|

**RAPID AUTOS LLC**
**4225 W. Capital Ave**
**West Sacramento, CA 95691**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rapid Insurance Services Inc**
**2319 North San Fernando Blvd.**
**Burbank, CA 91504**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,650.00** |
|---|---|---|---|

**RATHI TRANSPORT INC**
**1446 E SUMNER AVE**
**Fowler, CA 93625**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9021**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,475.00** |
|---|---|---|---|

**RATHONE TRUCKING INC**
**4417 N BRAWLEY AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,930.00** |
|---|---|---|---|

**RAVI KANT SINGH BHULLAR**
 **DBA B & N CARRIERS**
**8113 SLIDER DR**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC** _____ Case number *(if known)* _____
       Name

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Red Dog Underwriting LLC**
**4952 East Tudor Rose Glen**
**Stockton, CA 95212**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reindeer Insurance Services**
**14037 Pioneer Blvd**
**Norwalk, CA 90650**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,880.00** |
|---|---|---|---|

**RELATION INSURANCE SERVICES**
**70 EQUESTRIAN DRIVE**
**Bethlehem, PA 18016**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,650.00** |
|---|---|---|---|

**RENEGADE LOGISTICS, INC**
**11475 PENROSE ST**
**Sun Valley, CA 91352**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,223.00** |
|---|---|---|---|

**RG TRUCKLINES INC**
**2832 GOLDEN STATE BLVD**
**Madera, CA 93637**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,650.00** |
|---|---|---|---|

**RICARDO RODRIGUEZ**
**DBA JR&J TRUCKING**
**Woodland, CA 95776**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**River Valley Capital Insurance**
**14868 West Ridge Lane #200**
**Dubuque, IA 52003**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,584.00** |
|---|---|---|---|

**RJ7 TRANS INC**
**1931 W SUNNYVIEW AVE**
**Visalia, CA 93291**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**ROAD 66 TRUCKING INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,938.00** |
|---|---|---|---|

**ROAD CROWN INC**
**3506 W NIELSEN AVE**
**Fresno, CA 93706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Road Guard Insurance Svc**
**1110 S. Glendale Avenue, #F**
**Glendale, CA 91205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Road Star Insurance Service**
**10716 East Avenue R**
**Littlerock, CA 93543**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,125.00** |
|---|---|---|---|

**ROAD VISION EXPRESS INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,488.00** |
|---|---|---|---|

**ROADLINK CARRIER**
**32665 BRENDA WAY APT 4**
**Union City, CA 94587**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                    Case number (if known) _____
_____
Name

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roadways Commercial Ins. Svcs**
**3941 Holly Drive**
**Tracy, CA 95304**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roanoke Insurance Group Inc**
**35079 Eagle Way**
**Chicago, IL 60678**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00** |
|---|---|---|---|

**ROBERT ALLEN GREGORY**
**DBA NO PROBLEM MOVIERS**
**Campbell, CA 95008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,462.00** |
|---|---|---|---|

**ROCK 10**
**3525 ISLAND AVE #D**
**San Diego, CA 92102**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodriguez Insurance Agency LLC**
**901 Waterfall way #301**
**Richardson, TX 75080**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,420.00** |
|---|---|---|---|

**ROYAL KING TRUCK LINE INC**
**3661 W SHEILDS AVE APT  247**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Royalty Truck Insuranc Svcs**
**14545 Victory Blvd #3072**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,328.00 |
|---|---|---|---|

**S SIDHU FREIGHT INC**
**3390 Country Village Rd #2117**
**Riverside, CA 92509**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,375.00 |
|---|---|---|---|

**S&T TRUCKLINES INC**
**1207 7TH STREET**
**Modesto, CA 95354**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,265.00 |
|---|---|---|---|

**S&Z TRANSPORTATION INC**
**10681 PRODUCTION AVE**
**Alhambra, CA 91801**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Safeline Truck Insurance**
**2009 W. Burbank Blvd**
**Burbank, CA 91506**

Date(s) debt was incurred  __2018-23__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,820.00 |
|---|---|---|---|

**SAHIB TRUCK LINE INC**
**4768 W BURLINGAME AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,225.00 |
|---|---|---|---|

**SAHOTA CARGO INC**
**6722 JERNO DR STE A**
**Bakersfield, CA 93313**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**SAMRATH TRUCKING INC**
**2787 S WILLOW VE**
**Fresno, CA 93725**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,230.00 |
|---|---|---|---|

**SANDHU BROS**
**2323 N OXNARD BLVD**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sandhu Bros Ins. Agency Inc.**
**4337 No. Golden State Blvd.**
**Suite #104**
**Fresno, CA 93722**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,764.00 |
|---|---|---|---|

**SANGHA ROADKING INC**
**4375 N GOLDEN STATE BLVD**
**Fresno, CA 93722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**SAPPHIRE CARGO INC**
**1709 S WILLOW AVE**
**Rialto, CA 92376**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,777.00 |
|---|---|---|---|

**SATBIR SINGH BRAR DBA PRITAM R**
**445 S ARGYLE AVE APT 226**
**Mendota, CA 93640**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,385.00 |
|---|---|---|---|

**SATNAM SINGH DBA NAGRA TRANSPO**
**5249 N CORNELIA AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**SERVERIANO PUENTE HERNANDEZ**
**9108 SUNLAND BLVD**
**Sun Valley, CA 91353**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**                                   Case number (if known) _____

_____
Name

| | |
|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address** |

**3.603** **Nonpriority creditor's name and mailing address**
**SESTIAGIA GONZALEZ TRANSPORT L**
**1720 W 25TH DRIVE**
**Glendale, CA 91201**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$6,333.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** **Nonpriority creditor's name and mailing address**
**SEVEN STAR CARGO INC**
**4594 W PALO ALTO AVE APT 103**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$14,508.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** **Nonpriority creditor's name and mailing address**
**SGK EXPRESS, INC**
**8900 ELDER CREEK ROAD**
**Sacramento, CA 95828**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$10,500.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** **Nonpriority creditor's name and mailing address**
**SHAMINDER PAL SINGH DBA  CAT C**
**4453 N BRENT AVE**
**Fresno, CA 93723**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** **Nonpriority creditor's name and mailing address**
**SHANG YUN TRADING INC**
**1801 HIGHLAND AVE**
**Duarte, CA 91010**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$11,450.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608** **Nonpriority creditor's name and mailing address**
**SHERAZ BAIG**
**10105 TIZIANO DR**
**Stockton, CA 95212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$4,595.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** **Nonpriority creditor's name and mailing address**
**SIERRA CARGO, INC**
**3626 N BLYTHE AVE APT 214**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,191.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

**3.610** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00**
**SILVERLINE TEAM,LLC**
**4900 CALIFORNIA AVE 210 B**
**Bakersfield, CA 93309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,270.00**
**SIMAR TRANSPORT INC**
**3715 W BARSTOW AVE APT 139**
**Fresno, CA 93711**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Singh Best Insurance Agency**
**944 West 6th Street #113**
**Corona, CA 92882**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,955.00**
**SINGH LAND CARRIER**
**877 E D STREET**
**Lemoore, CA 93245**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Skar Insurance Group LLC**
**1000 3-Mile Road NW #G**
**Marietta, GA 30064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,675.00**
**Snapeee Corp**
**13039 Garris Ave**
**Granada Hills, CA 91344**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,780.00**
**SODHI SINGH KAUR**
**3640 W NIELSEN AVE**
**Fresno, CA 93706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Altamont Insurance Group, LLC**                                    Case number (if known) _____

Name

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,295.00 |
|---|---|---|---|

**SOGI TRANSPORT CORPORATION DBA**
**42633 NICKELINE LANE**
**Chantilly, VA 20152**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOHAL EXPRESS INC**
**3632 CORAZON AVENUE**
**Clovis, CA 93619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern Truck Ins Svcs Inc**
**PO Box 1368**
**Monroe, NC 28111**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,680.00 |
|---|---|---|---|

**SPS TRANSPORT INC**
**1601 S UNION AVE**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,125.00 |
|---|---|---|---|

**SRAN LOGISTICS, INC**
**11401 GREENSTONE AVE**
**Santa Fe Springs, CA 90670**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,075.00 |
|---|---|---|---|

**SRD EXPRESS INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,703.00 |
|---|---|---|---|

**SRG TRANSPORT INC**
**15825 ROXFORD ST**
**Bakersfield, CA 93313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Case number (if known) _____

Name

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,723.00**
--- | --- | --- | ---

**SSB XPRESS, INC**
**1848 ST IVES AVE**
**Long Barn, CA 95335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt 5723**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Standard Premium Finance**
**PO Box 522941**
**Miami, FL 33152**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**State Comptroller**
**PO Box 149356**
**Austin, TX 78714**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address** | | **$8,320.00**

**State Controllers Office**
**300 Capitol Mall #1600**
**Sacramento, CA 95814**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**State Farm Insurance**
**Insurance Support Center**
**PO Box 680001**
**Dallas, TX 75368**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.629** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**State of California**
**Enforcmnt Div 50561, MC 9999**
**PO Box 12030**
**Austin, TX 78711**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.630** | **Nonpriority creditor's name and mailing address** | | **$5,206.50**

**Stonemark, Inc.**
**8501 Wade Blvd #620**
**Frisco, TX 75034**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**
_____                Case number (if known) _____
Name

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stoneroad Insurance Brokerage**
**6829 Lanershim Blvd**
**North Hollywood, CA 91605**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stratton, Wright & Ziemer**
**Insurance & Rish Mgt, Inc.**
**4587 FM 67**
**Grandview, TX 76050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **92882**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Strong Tie Insurance Services**
**8135 Florence Ave #201**
**Downey, CA 90240**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,590.00** |
|---|---|---|---|

**SUKCHAIN SINGH DBA DTC LOGISTI**
**1320 BURTON ROAD**
**Manteca, CA 95337**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,451.00** |
|---|---|---|---|

**SUKHDARSHAN SINGH BRAR DBA DB**
**5238 E GARRETT AVE**
**Fresno, CA 93725**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,085.00** |
|---|---|---|---|

**SUKHMINDER SINGH DBA GSR EXPRE**
**2901 REDINGTON AVE**
**Clovis, CA 93619**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,375.00** |
|---|---|---|---|

**SUKHWINDER SINGH AUJLA**
**DBA NEW ERA TRANSPORT**
**1732 CLEVELAND ST**
**Selma, CA 93662**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Altamont Insurance Group, LLC** |
| | Name |

Case number (if known) _____

---

**3.638**

**Nonpriority creditor's name and mailing address**
**SUPER KOI LOGISTICS INC**
**1935 BATSON AVE APT 89**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**Sure Tec**
**2103 City West Blvd. #1300**
**Houston, TX 77042**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.640**

**Nonpriority creditor's name and mailing address**
**SURETEC INSURANCE COMPANY**
**2103 CITY WEST BLVD.**
**Houston, TX 77042**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.641**

**Nonpriority creditor's name and mailing address**
**SURJEET SINGH**
**DBA KAMBOJ EXPRE**
**155 S ARGYLE AVE APT 204**
**Fresno, CA 93722**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,483.00**

---

**3.642**

**Nonpriority creditor's name and mailing address**
**Surplus Line Assoc of Illinois**
**222 S. Riverside Plaza #2220**
**Chicago, IL 60606**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.643**

**Nonpriority creditor's name and mailing address**
**Surplus Lines Stamping Office**
**805 Las Cimas Pkwy #300**
**Austin, TX 78746**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.644**

**Nonpriority creditor's name and mailing address**
**Susan Bremer**
**5410 Rainbow Lane**
**Atwater, CA 95301**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Altamont Insurance Group, LLC**

Name                                                                                Case number *(if known)*

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Synerprise Ins. Group LLC**
**dba Rev Ins Div of Volaris Grp**
**3747 Foothll blvd. #D526**
**La Crescenta, CA 91214**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**T/H SERVICES INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,493.00** |
|---|---|---|---|

**TAB Transport Inc**
**1436 W Washington Blvd**
**Montebello, CA 90640**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,355.00** |
|---|---|---|---|

**TAMBER EXPRESS INC DBA TJ EXPR**
**5480 BUCKWOOD WAY**
**Sacramento, CA 95835**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tansrisk LLC**
**PO Box 966**
**Troy, AL 36081**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-23**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**TARA TRUCKING INC**
**9005 STACEY CT**
**Stockton, CA 95209**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**TARIKU KEBEDE**
**215 W MACARTHER BLVD APT 249**
**Oakland, CA 94611**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**

_____
Name

Case number (if known) _____

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**TEAM JESUS TRUCKING, LLC**
**1803 KIMBERLY ROAD**
**Amarillo, TX 79111**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ted J. Schultz Ins Agency**
**3014 N. Hayden Road #121**
**Scottsdale, AZ 85251**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,545.00 |
|---|---|---|---|

**TESLA TRUCKING INC**
**5425 VISTA DEL MAR AVE**
**Bakersfield, CA 93311**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Comp of Puplic Accounts**
**805 Las Cimas Pkwy #300**
**78746**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Dept of Insurance**
**Enforcmnt Div  560851, AO 9999**
**PO Box 12939**
**Austin, TX 78711**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Dept of Insurance,**
**Regist Division 50561, MC 9999**
**PO Box 12030**
**Austin, TX 78711**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|---|---|---|---|

**TGD TRUCKING INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Name

Case number *(if known)* _____

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,490.00** |

**THAIRA TRANSPORT INC**
**2417 DUNN RD**
**Hayward, CA 94545**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Hays Group Inc.**
**80 South St. #700**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2023**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Hilb Grou of NC**
**dba Charlotte Insurance**
**6400-B South Blvd**
**Charlotte, NC 28217**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Licona Insurance Group**
**5927 Gateway Blvd. West #B**
**El Paso, TX 79925**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Surplus LIne Assoc of AZ**
**14747 N. Northsight Blvd**
**Suite #111-449**
**Scottsdale, AZ 85260**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Surplus Line Assoc of CA**
**12667 Alcosta Blvd**
**San Ramon, CA 94583**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,538.00** |

**THIND TRANS INC**
**7102 DOWNING AVE**
**Bakersfield, CA 93307**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Altamont Insurance Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.666** | **Nonpriority creditor's name and mailing address**
**THOMAS BAKER**
**1925 ENTERPRISE BLVD**
**West Sacramento, CA 95691**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,060.00**

---

**3.667** | **Nonpriority creditor's name and mailing address**
**THOMSONS LOGISTICS, INC**
**6808 W PARR AVE**
**Fresno, CA 93722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,025.00**

---

**3.668** | **Nonpriority creditor's name and mailing address**
**Timothy Staphanic**
**30985 Prestwick Avenu**
**Hayward, CA 94544**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.669** | **Nonpriority creditor's name and mailing address**
**TIRATH PAL SINGH DBA MATTU BRO**
**4317 N CRESTA AVE**
**Fresno, CA 93723**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,673.00**

---

**3.670** | **Nonpriority creditor's name and mailing address**
**TITAN TRANS LOGISTICS INC**
**1930 S ROCHESTER AVE**
**ONTARIO, CA 92761**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.671** | **Nonpriority creditor's name and mailing address**
**TIWANA & SONS TRUCKING INC**
**1125 TALARA DRIVE**
**Livingston, CA 95334**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,794.00**

---

**3.672** | **Nonpriority creditor's name and mailing address**
**Tiwana Insurance Solutions Inc**
**dba Golden Land Transport Ins.**
**2459 Prescott Ave PO Box 662**
**Del Rey, CA 93616**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Altamont Insurance Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,212.00** |
|---|---|---|---|

**TIWANA TRUCKING INC**
**26577 BANTA ROAD**
**Tracy, CA 95304**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,062.39** |
|---|---|---|---|

**Top Premium Finance**
**PO Box 2277**
**Chatsworth, CA 91311**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,050.00** |
|---|---|---|---|

**TOPWAY TRANSPORTATION LLC**
**13047 WATERLILY WAY**
**Chino, CA 91710**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toste Insurance Services**
**1501 F Street**
**Modesto, CA 95354**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  92882**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00** |
|---|---|---|---|

**TOTAL NATIONAL EXPRESS**
**710 E D STREET**
**Wilmington, CA 90744**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trans Risk Insurance Services**
**660 N. Diamond Bar Blvd. #203**
**Diamond Bar, CA 91765**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,400.00** |
|---|---|---|---|

**TRANSCORP**
**6569 N RIVERSIDE DR. SUITE 102**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Transit Insurance Services Inc**
**1155 S. Milliken Avenue**
**Ontario, CA 91761**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Transportation Ins. Advisors**
**113 Bellagio Circle**
**Sanford, FL 32771**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Transwide Insurance Brokerage**
**3400 Inland Empire Blvd #120**
**Ontario, CA 91764**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.30** |
|---|---|---|---|

**Triangle Transportation Agency**
**PO Box 1189**
**Enid, OK 73702**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,298.00** |
|---|---|---|---|

**TRU LAND EXPRESS LTC**
**3165 W SHIELDS AVE APT 267**
**Fresno, CA 93722**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Truck Smart Insurance Services**
**420 S. Grand Avenue**
**Covina, CA 91724**

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Trucking Specialistts LLC**
**3330 Southgate Court SW #172**
**Cedar Rapids, IA 52404**

**Date(s) debt was incurred  2018-2023**

**Last 4 digits of account number _**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Name

Case number (*if known*) _____

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,560.00** |
|---|---|---|---|

**TS CARGO INC**
**4594 W PALO ALTO AVE APT 103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**TSH TRUCKING INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**TURBO LOGISTICS**
**150 S GLENOAKS BLVD #8050**
**Burbank, CA 91502**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**U.S. Premium Finance**
**PO Box 924647**
**Norcross, GA 30010**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**UNIFIED EXPRESS INC**
**3354 E AMERICAN AVE**
**Fresno, CA 93727**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,565.00** |
|---|---|---|---|

**UNITED CORE, INC**
**8455 SCHAEFER AVE**
**Ontario, CA 91761**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,888.00** |
|---|---|---|---|

**UNITED STAR INC**
**175 S LINCOLN AVE UNIT 123**
**Addison, IL 60101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Altamont Insurance Group, LLC**

Case number (if known) _____

Name

---

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,830.00** |
|---|---|---|---|

**UPPAL FREIGHT**
**2955 OATES STREET**
**West Sacramento, CA 95691**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,300.00** |
|---|---|---|---|

**US EAGLE TRANSPORT INC**
**250S CLOVIS AVE APT 136**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,438.00** |
|---|---|---|---|

**US WEST TRUCKING INC**
**10825 S UNION AVE**
**Bakersfield, CA 93307**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,785.00** |
|---|---|---|---|

**V4U TRANSPORT INC**
**3342 NORTH WEBBER AVE**
**Fresno, CA 93722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Valdez  Insurance Agency Inc**
**dba BMV Insurance Services**
**3342 N. Texas St. #A2**
**Fairfield, CA 94533**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-23**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,888.00** |
|---|---|---|---|

**VALENTIN ALONSO CASTRO HERRER**
**DBA C VASTRO TRANSPORT**
**822 MACKILHAFFY DRIVE**
**Patterson, CA 95363**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,356.00** |
|---|---|---|---|

**VALENTIN CASTRO**
**DBA V CASTRO**
**822 MACKILHAFFY DRIVE**
**Patterson, CA 95363**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Altamont Insurance Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.701** | Nonpriority creditor's name and mailing address

**Valiant General Ins Solutions**
**848 Clovis Avenue**
**Clovis, CA 93612**

**Date(s) debt was incurred** __2018-23__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702** | Nonpriority creditor's name and mailing address

**VANESSA'S TRUCKING SERVICES, I**
**3462 HARRISON ST**
**Riverside, CA 92503**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,798.00**

---

**3.703** | Nonpriority creditor's name and mailing address

**VANTAGE INC**
**2201 FORESTLAKE DR**
**Rancho Cordova, CA 95670**

**Date(s) debt was incurred** __2020__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.704** | Nonpriority creditor's name and mailing address

**VAS EXPRESS, INC**
**11475 PENROSE ST**
**Sun Valley, CA 91352**

**Date(s) debt was incurred** __2020__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,100.00**

---

**3.705** | Nonpriority creditor's name and mailing address

**Venbrook Insurance Services**
**63250 Canoga Avenue**
**12th Floor**
**Woodland Hills, CA 91367**

**Date(s) debt was incurred** __2018-23__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.706** | Nonpriority creditor's name and mailing address

**Veracity Insurance Solutions**
**260 S. 2500 West #303**
**Pleasant Grove, UT 84062**

**Date(s) debt was incurred** __2018-23__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.707** | Nonpriority creditor's name and mailing address

**Virginia Dept. of Taxation**
**1957 Westmoreland Street**
**Richmond, VA 23230**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Altamont Insurance Group, LLC**
Name

Case number (*if known*) _____

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**VIRK AND SONS TRANSPORTATION I**
**DBA dhv FREIGHTLINES**
**8442 24TH AVE**
**Sacramento, CA 95826**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt 1400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**VISTA TRANSPORT LLC**
**2300 W Sahara Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |

**VL TRUCKING INC**
**11475 Penrose St.**
**Sun Valley, CA 91352**

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vortex Pro Insurance Services**
**17628 Chatsworth Street**
**Granada Hills, CA 91344**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**W.I.S.E Underwriting Agency**
**Sean Bradshaw**
**28 Lime Street**
**Lonson, WX3M &HR**

Date(s) debt was incurred **2018-23**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,805.00 |

**WALIA TRANSPORT INC**
**1651 W WHITMORE AVE**
**Ceres, CA 95307**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,899.00 |

**WAMENGS SONS TRANSPORTATION, I**
**2301 W BELMONT AVE**
**Fresno, CA 93728**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Altamont Insurance Group, LLC**

Name

Case number (if known) _____

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Warriner & Associates Ins. Inc**
**11111 Wilcrest Green #101**
**Houston, TX 77042**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,888.00** |

**WARYAM TRUCKLINES, INC**
**1791 SCHULTE DRIVE**
**San Jose, CA 95133**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,358.00** |

**WB TRUCKING INC**
**3750 W SAN JOSE APT 101**
**Fresno, CA 93711**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |

**WEIGH TO GO TRANSPORT, INC**
**3129 MITCHELL ROAD**
**Ceres, CA 95307**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,245.00** |

**WHITE HORSES TRUCKLINE INC**
**7203 NEW BOND CT**
**Bakersfield, CA 93311**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whiterock Insurance Agency LLC**
**221 N. Kansas Street #700**
**El Paso, TX 79901**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wilson, Elser, Moskowitz,**
**Elderman & Dicker Acct. Rec.**
**150 East 42nd Street**
**New York, NY 10017**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**

Name

Case number (if known) _____

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wylie Insurance Services LLC**
**1729 Tully Rd #6**
**Modesto, CA 95350**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |

**YAPAYAO TRUCKKING INC**
**1856 N. BROADWAY AVE**
**Stockton, CA 95205**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,250.00** |

**YASH TRUCKLINE INC**
**7091 W SAN BRUNO AVE**
**Fresno, CA 93723**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |

**YDKD INC**
**13461 12 St**
**Chino, CA 91710**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**You Safety Insurance Svcs.**
**230 S. Garfield Avenue #202C**
**Monterey Park, CA 91754**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-23**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,678.00** |

**ZAMORA TRANSPORT LOGISTICS INC**
**2  STONY BROOK CIRCLE**
`
**Salinas, CA 93906**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,368.00** |

**ZESHAN ALI KHAN**
**1835 GREENHEAD COURT**
**Gridley, CA 95948**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Altamont Insurance Group, LLC**
_____    Case number (if known) _____
Name

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,043.00 |
|---|---|---|---|

**ZIRA TRANSPORT INC**
**66240 7TH STREET**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | $39,625.00 |
|---|---|---|

**ZIRA TRANSPORT INC**
**66240 7TH STREET**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Zoom Imaging Solutionss**
**PO Box 846898**
**Los Angeles, CA 90084**

Date(s) debt was incurred  **2018-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | $4,022.00 |
|---|---|---|

**ZYP TRUCKING INC**
**2144 E JAMES AVE**
**West Covina, CA 91791**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Balance Partners LLC**<br>**PO Box 2550**<br>**Huntington, NY 11743** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **IRA Frankel**<br>**Prof Underwriting Group**<br>**5300 West Atlantic Ave #610**<br>**Delray Beach, FL 33484** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **LA West Insurance Services**<br>**11306 W. Ventura Blvd.**<br>**Studio City, CA 91604** | Line **3.394**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Melissa DeKove**<br>**2710 Gateway Oaks Dr Ste 150N**<br>**Sacramento, CA 95833** | Line **3.640**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Altamont Insurance Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.5 | **State of California Controller**<br>**PO Box 1918**<br>**Sacramento, CA 95812** | Line **3.627**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **TransEleven Claims Mgrs.**<br>**700 Central Expressway S. #200**<br>**Allen, TX 75013** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Virgina Dept of Taxation**<br>**PO Box 1777**<br>**Richmond, VA 23218** | Line **3.707**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ | 12,098.20 |
| **5b. Total claims from Part 2** | 5b. | + | $ | 8,466,678.62 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ | 8,478,776.82 |

**Fill in this information to identify the case:**

Debtor name    **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **lease for Xerox copier lease and maintenance agreeement; $528.80 per month, 19 months remaining**<br><br>State the term remaining     **19 months**<br><br>List the contract number of any government contract    _____ | **Inland Business Systems**<br>**1326 North Market Blvd.**<br>**Sacramento, CA 95834** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **telephone equipment lease**<br><br>State the term remaining     **month to month**<br><br>List the contract number of any government contract    _____ | **Mitel**<br>**PO Box 53230**<br>**Phoenix, AZ 85072** |

**Fill in this information to identify the case:**

Debtor name: **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Altamont Insurance Group, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  insurance brokerage | $297,670.00 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  insurance brokerage | $465,904.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

| Debtor | Altamont Insurance Group, LLC | Case number *(if known)* | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor  **Altamont Insurance Group, LLC**                           Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **fraud/theft/embezzlement by employee** | | **2020-2023** | **$1,030,142.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey L. Brown**<br>**Brown & Farmer**<br>**7777 Alvarado Road #622**<br>**La Mesa, CA 91942** | | **September 5, 2023** | **$10,000.00** |
| | **Email or website address**<br>**jlb@brownfarmerlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Alan Shetzer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor   **Altamont Insurance Group, LLC**                                   Case number *(if known)* _____

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Altamont Insurance Group, LLC** | Case number *(if known)* | |

not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **Altamont Insurance Group, LLC** **14203 Caminito Vistana** **San Diego, CA 92130** | **insurance wholesale broker** | EIN:    **35-2551924** From-To    **May 8, 2018 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor   **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Carolyn Rupp** **4952 Tudor Rose Glenn** **Stockton, CA 95212** | **2018 to present** |
| 26a.2.   **Number Runners** **5927 Balfour Ct. #115** **Carlsbad, CA 92008** | **2018-23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Carolyn Rupp** **4952 Tudor Rose Glenn** **Stockton, CA 95212** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.   **Carolyn Rupp** **4952 Tudor Rose Glenn** **Stockton, CA 95212** | |
| 26d.2.   **Alan Shetzer** **3830 Valley Centre Drive #705** **PO Box 245** **San Diego, CA 92130** | |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan Shetzer** | **3830 Valley Centre Drive #705** **PO Box 245** **San Diego, CA 92130** | **President** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Altamont Insurance Group, LLC**                                    Case number *(if known)* _____

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Carolyn Rupp**<br>**4952 Tudor Rose Glenn**<br>**Stockton, CA 95212** | **$41,467.00** | **2023** | **Withdrawal for service paid to Manager to herself for services.** |
| | Relationship to debtor<br>**Bookkeeper/Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2023**

**/s/ Alan Shetzer**                                        **Alan Shetzer**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of California

In re **Altamont Insurance Group, LLC**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  3, 2023**
*Date*

**/s/ Jeffrey L. Brown**
**Jeffrey L. Brown**
*Signature of Attorney*
**Attorney at Law**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511   Fax: (619) 698-2957**
**Jlb@brownfarmerlaw.com**
*Name of law firm*

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.

**Jeffrey L. Brown**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511**
**65321 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Altamont Insurance Group, LLC**

Tax I.D. / S.S. #: **35-2551024**

Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
## AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

# I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.  Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.  Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.  Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.  Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.  Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.  Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.  Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.  Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.  Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10. File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11. Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12. Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.  Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.  Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.  Opposing Motions for Relief from Stay;

4.  Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.  Redemption Motions and hearings on Redemption Motions;

6.  Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.  Representation in a Motion to Dismiss or Convert debtor's case;

8.  Motions to Reinstate or Extend the Automatic Stay;

9.  Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

2

## III.
## Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.  Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.  Defense of a Complaint objecting to discharge;

3.  Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.  Sheriff levy releases;

5.  Section 522(f) Lien Avoidance Motions;

6.  Opposing a request for, or appearing at a 2004 examination;

7.  All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.  Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.  Filing or responding to an appeal;

10. An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

## IV.
## Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.  Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.  List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.  Provide accurate and complete financial information;

4.  Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.  Cooperate and communicate with your attorney;

3

6.      Discuss the objectives of the case with your attorney before you file;

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.     Timely file all statutorily required tax returns;

11.     Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.     Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.     Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.     Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.     Pay all required fees prior to the filing of the case;

16.     Promptly pay all required fees in the event post filing fees are incurred;

17.     Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **October  3, 2023**                          **/s/ Alan Shetzer**
_____           **Alan Shetzer**
                                                        Debtor


Dated:  **October  3, 2023**                          **/s/ Jeffrey L. Brown**
_____           **Jeffrey L. Brown**
                                                        Attorney for Debtor(s)

4

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.

**Jeffrey L. Brown**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511**
**65321 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Altamont Insurance Group, LLC**

BANKRUPTCY NO.

Debtor.

### VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■  New petition filed.  Creditor <u>diskette</u> required.                                TOTAL NO. OF CREDITORS: **739**

☐  Conversion filed on _____. *See instructions on reverse side.*
    ☐  Former Chapter 13 converting.  Creditor <u>diskette</u> required.              TOTAL NO. OF CREDITORS:____
    ☐  Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐  Names and addresses are being ADDED.
    ☐  Names and addresses are being DELETED.
    ☐  Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  **October  3, 2023**                                 **/s/ Alan Shetzer**
_____            _____
                                                          **Alan Shetzer**/**President/Manager**
                                                          Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)      A new petition is filed.  Diskette required.

    b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

    a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

    a)      <u>Scannable matrix format required.</u>

    b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

**CSD 1008**

1 TEEM TRANSPORTERS LLC
35124 Heiskell Dr
Raymond, CA 93653


1601 S UNION AVE
15504 STATE HIGHWAY 205
Terrell, TX 75160


1716 BRIARCREST DRIVE
27710 CASCABEL LANE
San Antonio, TX 78260


2 BEST LOADS INC
2542 AUGIBI WAY
Rancho Cordova, CA 95670


3 SONS LOGISTICS INC
9533 W JJ RANCH ROAD
Peoria, AZ 85383


48F TRANS INC
2345 W BELMONT AVE
Fresno, CA 93728


6442 WINDY ROAD
117811 HORACE STREET
Granada Hills, CA 91344


808 LOGISTICS LLC
2515 W SAN ANTONIO
Dallas, TX 75254


A & A TRUCKLINE INC
6247 E NORTH AVE
Fresno, CA 93725

A & C COMMERCE SERVICES LLC
245 E VALLEY BLVD
Rialto, CA 92376


A & M TRUCKING CO
726 W 6TH ST #3
Long Beach, CA 90802


A M J TRANSPORTATION LLC
17500 SACRAMENTO VALLEY BLVD
Robbins, CA 95676


A Star Truck Lines Inc
12000 Paxton St
Sylmar, CA 91342


A TO B AUTO TRANSPORT LLC
55 SPRINGSTOWNE CTR STE 116
Vallejo, CA 94591


A&A EXPEDITED
1015 S Maple Ave
Montebello, CA 90640


A&D TRANS INC
10831 ROYCROFT ST UNIT 48
Sun Valley, CA 91352


A&L Insurance Services
10005 Marconi Dr. #3
San Diego, CA 92154


A.M.I.S. Andy Manukyan Ins
1254 S. Glendale Ave.
Glendale, CA 91205

ABO TRUCKING INC
1862 KELLERTON DR
Hacienda Heights, CA 91745


Ace Commercial Ins. Center
200 S. Main Street, Suite 130
Corona, CA 92882


ACME AMERICA
2550 W UNION HILLS DRIVE
Mesa, AZ 85207


ACME AMERICAN INC
2662 NEVADA AVE
South El Monte, CA 91733


Across America Ins. Svcs Inc
41689 Enterprise Circle North
Suite 218
Temecula, CA 92590


AD HAULERS INC
3640 W NELSON AVE
Fresno, CA 93706


ADVANCE LOGISTICS, INC
1324 N. KNOX AVE
El Paso, TX 79917


AEC TRUCKING, LLC
10230 LOS ALTOS DR
Hesperia, CA 92344


Aether Insurance Services
2029 West Midwood Lane
Anaheim, CA 92804

Agile Premium Finance
475 Half Day Rd. #550
Lincolnshire, IL 60069


AIB Financial Services, Inc.
PO Box 66501
Saint Louis, MO 63166


AIRBOURNE LOGISTICS, INC
3291 BEACHWOOD DR
Merced, CA 95348


AKAAL PURAKH TRANS INC
1219 TAHOE STREET
Merced, CA 95348


Alan Shetzer
3830 Valley Centre Drive #705
PO Box 245
San Diego, CA 92130


Alex Rue Insurance Agency
9815 Antelope Road
Roseville, CA 95747


ALFONSO MONARREZ
1960 S DATE AVE
Bloomington, CA 92316


ALI EXPRESS, INC
2132 MONTAUBAN CT
Stockton, CA 95210


All Solutions Insurance
A+B24:L24 Agency LLC
22364 Alessandro Blvd
Moreno Valley, CA 92553

ALL STAR TRUCKING
3150 N WEBER AVE
Fresno, CA 93722


Alpha Freight Lines
14398 Whittram Ave
Fontana, CA 92335


AMA United Transport Svcs LLC
325 Old San Antnio Rd.
Mc Queeney, TX 78123


AMANDEEP SINGH
 DBA VIP EXPRESS
3771 N CORNELIA AVE
Fresno, CA 93722


AMANDEEP SINGH KHAIRA DBA KHAI
5389 N VALENTINE AVE APT 111
Fresno, CA 93711


AMARJIT SINGH DBA SAM TRANSPOR
16234 MAGNOLIA WAY
Fontana, CA 92336


AMDJ Logistics Inc
11475 Penrose St.
Sun Valley, CA 91352


American Continental Ins. Svcs
11501 Dublin Blvd #200
Pleasanton, CA 94588


AMERICAN STAR INTERMODAL INC
341 E MONTE VIST AVE APT 70
Turlock, CA 95382

AMERICAN STAR LLC
5370 GUIDE MERIIAN RD
Bellingham, WA 98226


AMERICAN TRANSPORT LOS ANGELES
1202 E ANAHEIM ST
Wilmington, CA 90744


AMK Insurance, Inc.
6855 Via Del Oro
San Jose, CA 95119


AMM EXPRESS INC
6059 Bradshaw Rd
Sacramento, CA 95829


AMNA TRUCKING INC
14801 SLOVER AVE
Fontana, CA 92337


AMRIK EXPRESS, LLC
283 TWIN RIVERS DRIVE
Yuba City, CA 95991


AMS TRANSPORT INC
11475 Penrose St.
Sun Valley, CA 91352


Ananik Grigoryan dba DSSY Truc
6315 San Fernanado Rd
Glendale, CA 91205


ANDREAS TRANSPORT LLC
10686 BANANA AVE
Fontana, CA 92335

ANGELA GONZALEZ CLEMENTE
 DBA GREEN PALMS GROWERS
82560 AIRPORT BLVD
Thermal, CA 92274


Ank Transportation, Inc.
1301 Richland Avenue #1
Modesto, CA 95351


ANURAJ LLC
5355 W PINE AVE
Fresno, CA 93722


APS CARRIER INC
425 SUNDANCE ST
Livingston, CA 95334


ARACELI'S TRUCKING INC
21136 S WILMINGTON AVE
Carson, CA 90745


ARDASS TRUCKING. INC
3598 MACADAMIA LANE
Ceres, CA 95307


ARMAN KARAPETYAN
DBA: URARTU TRUCKING
11475 Penrose St.
Sun Valley, CA 91352


ARMATA LINES INC
11475 Penrose St.
Sun Valley, CA 91352


ART-ACT LOGISTICS, LLC
9831 STIBEHURST AVE
Sun Valley, CA 91352

ARY LOGISTIC SYSTEM INC
2747 LINCOLN AVE
Clovis, CA 93611


ASD TRUCKING INC
4648 TAYLOR COURT
Turlock, CA 95382


ASEES TRANSPORT INC
3626 N BLYTHE AVE APRT 212
Fresno, CA 93722


Aspen American Ins. Co
175 Capital Blvd. #300
Rocky Hill, CT 06067


AST EXPRESS INC
5350 N BRAWLEY AVE APT 124
Fresno, CA 93722


Atlanta Premier Ins Agency
12 Powder Springs Street #270
Marietta, GA 30064


ATLANTIC RISK
6827 MELODY LANE APT 2724
Dallas, TX 75231


ATLANTIC RISK
1716 BRIARCREST DR SUITE 300
Bryan, TX 77802


Atlantis Insurance Brokerage
639 Channel Street #H
San Pedro, CA 90731

ATM CHAP SERVICES LLC
9114 BUNGALOW WAY
Madison, AL 35758


ATMA SANDHU DBA HPA TRUCKING
6077 E CORTLAND AVE
Fresno, CA 93727


ATS TRANSPORT INC
600 N MARKS AVE
Fresno, CA 93728


ATWAL TRANS LLC
7177 W DOVEWOOD LANE
Fresno, CA 93723


Avalon Risk Management
150 Northwest Pt. Blvd.
2nd Floor
Elk Grove Village, IL 60007


Avian Premium Finance
PO Box 6606
Burbank, CA 91510


AWESOM TRANSPORTATION, LLC
3342 NORTH WEBBER AVE
Fresno, CA 93722


Axis Insruance Svcs. LLC
795 Franklin Avenue #206
Franklin Lakes, NJ 07417


B D S TRANSPORT INC
2301 W BELMONT AVE
Fresno, CA 93728

BAAZ FREIGHT INC
3007 E ROSE AVE
Selma, CA 93662


BABA MUNSHI TRANS INC
4688 W AMHERST AVE
93722


BABA NANAK TRANSPORT INC
3661 W SHIELDS AVE APT 271
Fresno, CA 93722


BACK ROAD EXPRESS INC
12000 PAXTON STREET
Sylmar, CA 91342


BACK ROAD EXPRESS INC
13027 VICTORY BLVD #141
North Hollywood, CA 91606


BAJWA & SONS TRANSPORT INC
11191 VALLEJO ST
French Camp, CA 95231


BAJWA CALI TRANSPORT INC
3692 MASSIMO CIRCLE`
Stockton, CA 95212


BALA JI TRANSPORT INC
4760 E BUTLER AVE #102
Fresno, CA 93702


Balance Partners LLC
PO Box 2550
Huntington, NY 11743

BALJEET HEER
3440 W CAPITOL AVE
West Sacramento, CA 95691


BALJIT HEER
2572 S UNION AVE
Bakersfield, CA 93307


Bankdirect Capital Finance
PO Box 660448
Dallas, TX 75266


BARNALA EXPRESS INC
695 W SANTA ANA AVE APT 204
Markleeville, CA 96120


Barragan Insurance Agency
1132 Suncast Lane #8
El Dorado Hills, CA 95762


BASHIR AHMAD SIDDIQI
5909 BAMFORD DR
Sacramento, CA 95823


BASSI ROADLINES INC
139 LEBARON BLVD
Lodi, CA 95240


BBS TRANSPORT INC
3661 W SHEILDS AVE APT 118
Fresno, CA 93727


BDS TRUCKING INC
2427 W YOSEMITE AVE
Manteca, CA 95337

BEANT SINGH DBA ATS TRANSPORT
6291 W NORWICH AVE
Fresno, CA 93723


BEANT SINGH DBA ATS TRANSPORT
1310 TAHOW VALLEY LN
Sugar Land, TX 77479


BERRIER INSURANCE
9114 BUNGALOW WAY
Elk Grove, CA 95758


Best and Low Cost Ins Agency
2169 buena Vista Drive
Manteca, CA 95337


BEST LOADS INC
135 S BELMONT ST APT 1
Glendale, CA 91205


BGAL 1, LLC
3830 Valley Centre Road
San Diego, CA 92130


BHANGU BROTHERS TRANSPORT INC
7464 E SIMPSON AVE
Fresno, CA 93737


BHANGU LOGISTICS, INC
20500 HOLLY DR
Fontana, CA 92335


BIA Insurance Agency
18653 Ventura Blvd #402
Tarzana, CA 91356

BIC, Berkley Fire & Marine
PO Box152180
Irving, TX 75015


Bico Insurance Services
2024 West 3rd Street
Los Angeles, CA 90057


BIG BYRD TRANSPORTATION INC
3100 BEACHWOOD DR
Merced, CA 95348


BLACK BULL CARRIER, INC
3602 W SAN JOSE AVE APT 215
Fresno, CA 93711


BLING SINGH TRANSPORT INC
24040 POSTAL AVE
Moreno Valley, CA 92556


BLUEMOON CARRIERS INC
18400 MALDEN UJNIT 3
Northridge, CA 91325


BMJ TRANS INC
25631 LEWIS WAY
Stevenson Ranch, CA 91381


BND TRANS CORP
15-05 CHANDLER DRIVE
Fair Lawn, NJ 07410


Bob Logistic Inc
15810 Boyle Ave
Fontana, CA 92337

BOBCAT EXPRESS INC
6738 N SANDRINI AVE
Fresno, CA 93722


BOPARI BROTHERS TRUCKING INC
11616 HARLAN RD
Lathrop, CA 95330


Border Insurance Services
2004 Dairy Mart Rd #114
San Ysidro, CA 92173


Bossa Nova Insurance Svcs
10468-A San Pablo Ave
El Cerrito, CA 94530


BRAULIO GARCIA VASQUEZ  DBA FI
1586 N VAN NESS AVE
Fresno, CA 93725


BRIDGE TRANSPORT LLC
956 PONT DU GARD CT
Buford, GA 30518


BROWN XPRESS INC.
3635 SOLEDAD AVENUE
Clovis, CA 93619


Bruce Roberts Insurance Svcs
10907 Downey Abvenue #101
Downey, CA 90241


BT TRUCKLINES, INC
3342 NORTH WEBBER AVE
Fresno, CA 93722

BTI TRUCK LINES INC
435 WINTON PKWY
Livingston, CA 95334


BTL FREIGHT INC
500 MESA CT
Tracy, CA 95377


Bulldog Premium
6971 Sunrise Blvd #206
Fort Lauderdale, FL 33313


C & A UNITED XPRESS, INC
2707 PARADISE POINT PL
Bakersfield, CA 93313


CA 99 EXPRESS INC
7902 E BELMONT AVE
Fresno, CA 93737


CALDWELL ENTERPRISE LLC
1444 FULTON ST
Fresno, CA 93721


CALI DRAYAGE LLC
1651 FAIRVIEW DR
Ceres, CA 95307


California Dept of Insurane
300 Capital Mall #14000
Sacramento, CA 95814


CALIFORNIA TRUCKLINE, INC
2301 W BELMONT AVE
Fresno, CA 93722

CAN TRANSPORT INC
303 LINCOLN RD
Vallejo, CA 94590


Cantrel Networks
1103 Val Gardens St.
Lodi, CA 95242


Capital Premium Financing Inc
PO Box 667180
Dallas, TX 75266


CEDRIC STEWARD LLC
10808 6TH ST SUITE 14
Rancho Cucamonga, CA 91730


CENCAL CARRIERS, INC
4131 E NORTH AVE
Fresno, CA 93725


CHAHAL EXPRESS, INC
3025 W CHRISTOFFERSEN PKW D204
Stockton, CA 95204


CHAHAL TRANS INC
14203 S UNION AVE
Bakersfield, CA 93307


Chase
PO Box 94014
Palatine, IL 60094


Chase Bank
PO Box 6294
Carol Stream, IL 60197

CHAWAL EXPRESS INC
11205 CEDAR AVE
WILMINGTON, CA 92744


Checkers Truck Insurance Inc
784 N. Waterman Ave.
San Bernardino, CA 92410


CHEEMA FGS INC
2130 N MARKS AVE #127
Fresno, CA 93722


Chester Franklin
dba Ogden & SONS TRANSPORTATIO
Glendale, CA 91205


Chesterfield Group
5th Floor F. 1 Mimster Ct
Mincing Lane
London EC3R 7AA


CHP TECH INC
6605 N. Indian Canyon Dr
North Palm Springs, CA 92258


CJG Insurance Corp
12525 W. Okeechobee Rd
Hialeah, FL 33018


CK TRUCKING, INC
1949 OSBORN AVE
Phoenix, AZ 85016


CKR TRANSPORT INC
14203 S UNION AVE
Bakersfield, CA 93307

CL LOGISTICS, INC
1358 HOOPER AVE SUITE 102
Coachella, CA 92236


Classic Plan Premium Finance
PO Box 5146
Chino, CA 91708


COLT MESSENGER SERVICE
770 S BREA BLVD #209
Brea, CA 92821


Continental Insurance
800 N. Zaragosa Rd. #N
El Paso, TX 79907


CONVOY TRUCKING AUTHORITY LLC
2250 TIDELANDS AVE
National City, CA 91950


COOL TRUCKING INC
14587 VALLEY BLVD
Fontana, CA 92335


CTL TRANS INC
1761 NEW HORIZONS DR APT #1
Manteca, CA 95336


Custom Insurance Agency
6107 Jovic Court
La Grange, IL 60525


Cypress Premium Funding
PO Box 3529
Mission Viejo, CA 92690

D & S ENTERPRISES, LLC
23090 TOKAYANA WAY
Colfax, CA 95713


D&A LOGISTICS LLC
27406 N HIGUERA DRIVE
Peoria, AZ 85383


DA TRANSPORTERZ INC
1116 LOUISE AVE
Torrance, CA 90503


Daljit Singh dba AK Trucking
2010 Batson Ave #264
Rowland Heights, CA 91748


DANIEL URQUIDEZ
DBA URQUIDEZ SON TRUCKING
20226 N H ST
Oxnard, CA 93036


Dark Insurance Agency Inc
PO Box 506
Alexander City, AL 35010


DASHMESH FREIGHT LINE LLC
1644 ROUNDHOUSE STREET
Tulare, CA 93274


DCEE TRANZ
1108 VILLA AVE APT 122A
Clovis, CA 93612


DEEP LOGISTICS INC
5249 N COMELIA AVE
Fresno, CA 93722

Delta Premium Financing Inc
PO Box 66501
Saint Louis, MO 63166


Deluxe Insurance Agency
555 West 91st Street
Los Angeles, CA 90044


Derenik Tosunyan dba Superson
30821 East The Old Road
San Fernando, CA 91340


DHADDA TRANSPORT INC
3241 INDUSTRIAL DRIVE
Yuba City, CA 95993


DHAMI BROTHERS INC
1601 S UNION AVE
Bakersfield, CA 93307


DHANJU TRUCK LINE INC DBA: DTL
221 SPRINGFIELD DR
Manteca, CA 95337


DHESI FREIGHTLINES, INC
2828 EL CENTRO ROAD
Sacramento, CA 95833


Dillon Risk Management
B31:L31 Insuranc Services Inc
4180 Douglas Blvd #100
Granite Bay, CA 95746


Direct Deal Insurance
11803 Pierce Street #200
Riverside, CA 92505

DISPATCH CENTRAL INC
6752 DE MOSS DRIVE APT 217
Houston, TX 77074


DJD TRUCKING INC
7614 IRON HORSE PL


Dodge Insurance
dba Arroyo Insurance Service
225 E. Santya Clara St. #130
Arcadia, CA 91006


Don Rose Logistics Inc
1218 S Glendale Ave Ste 67
Glendale, CA 91205


DON ROSE LOGISTICS, INC
11475 PENROSE ST
Sun Valley, CA 91352


Doyle & Ogden Insurance
3330 Broadmoor Ave. SE #E
Grand Rapids, MI 49512


DREAMLAND TRUCKING INC
3310 BEACHWOOD
Merced, CA 95348


DS SANDHU TRANS
8312 LIBBY CT
Bakersfield, CA 93313


DS SANDHU TRANS
1206 TORI LANE
Yuba City, CA 95993

DSD EXPRESS INC
1712 GINGKO AVE
Modesto, CA 95354


DSG EXPRESS INC
575 MATMOR RD APT 30
Woodland, CA 95776


DSK TRUCKING INC
2120 S UNION AVE
Bakersfield, CA 93307


E & R TRANSPORTATION, INC
 DBA E & R TRUCKING
Mendota, CA 93640


E&E TRUCKING INC
3303 W Magnolia Blvd
Burbank, CA 91505


EARTH BUSES, LLC
6442 WINDY ROAD
Las Vegas, NV 89119


Earthtrade Inc
3424 3rd St
Riverside, CA 92501


EASY LIVING
6685 QUINCE ROAD
Memphis, TN 38125


Easy Truck Insurance Svcs Inc.
7635 Clement Road
Vacaville, CA 95688

EDGAR GARCIA
DBA: LM & SONS TRUCKING
13600 NAPA ST
Fontana, CA 92336


EDMONDS XPRESS TRUCKING
24950 S MAIN STREET
Carson, CA 90745


EK LOGISTICS INC
1565 SEKIO AVE
Rowland Heights, CA 91748


ELIZA EXPRESS INC
13115 Oxnard St Apt 11
Van Nuys, CA 91401


ELT TRANSPORTATION, LLC
9351 JACKSON RD
Sacramento, CA 95826


Empire Transport Ins Svcs.
21500 Burbank Blvd. Unit 114
Woodland Hills, CA 91367


ENIO ROJAS DBA: SONS OF ROJAS
6400 VALLEY VIEW
Buena Park, CA 90620


ERIC ALAN JOHNSTON II
DBA ENE TRUCKING
24701 ARTHUR ROAD
Escalon, CA 95320


ERIC TIMMOTHY ALFRED
DBA  WEST COAST FREIGHTLINES
501 TAYLOR STREET APT 24
Bakersfield, CA 93309

Essessay Insurance Services
PO Box 3279
Danville, CA 94526


EXCLUSIVE TRUCKING INC
1004 WEST COVINA PKWY UNIT 217
West Covina, CA 91790


Executive Insruance Agency
PO Box 480
Stockbridge, GA 30281


EXTRA HAUL EXPRESS
1235 OSWALD RD
Yuba City, CA 95991


F G F TRUCKING 2 LLC
2039 QUAIL PLACE DRIVE
Missouri City, TX 77489


FAST & SAFE TRANSPORT
12000   PAXTON STREET
Sylmar, CA 91342


FASTRACK FREIGHT INC
4193 FLATROCK DRIVE #200
Riverside, CA 92505


Fidelity Truck & Auto Ins
115 N. Vineyard Avenue #200
Ontario, CA 91764


Fino Services LLC
6193 Hwy Blvd.
Katy, TX 77494

FIROZ THIND DBA MMA TRUCKING
5431 E PARLIER AVE
Fowler, CA 93625


FIRST EAGLE TRUCKING
11475 Penrose St.
Sun Valley, CA 91352


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197


First Mid Bank
Elan Financial Services
PO Box 790408
Saint Louis, MO 63179


FIVE STAR DELIVERY SERVICES LL
1630 SANTA MONICA ST
San Antonio, TX 78201


FLEET MATCH, INC
11475 Penrose St.
Sun Valley, CA 91352


Fortis Insurance Brokers
1212 S. Bristol Street #11
Santa Ana, CA 92704


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267


FRANCIS DOLORES GONZALEZ
DBA LOLY TRANSPORT
14320 SLOVER AVE
Fontana, CA 92337

FRIENDLY & SAFE TRANSPORT LLC
1716 BRIARCREST DRIVE
Bryan, TX 77802


Fundamental Underwriters
28791 Network Place
Chicago, IL 60673


FUTURE MEDICAL TRANSPORTATION,
6442 WINDY ROAD
Las Vegas, NV 89119


G & E TRUCKING, INC
9017 STATEN ISLAND DRIVE
Bakersfield, CA 93311


G.M. Lawrence Brokerage
7746 Lorraine Ave #214
Stockton, CA 95210


GA TRANSPORTATION INC
15825 ROXFORD ST
Sylmar, CA 91342


GAGAN XPRESS INC
2572 S UNION AVE
Fresno, CA 93703


Gain Insurance Agency
1502 Cypress Avenue
Los Angeles, CA 90062


GALVAN AND SONS TRANSPORT LLC
11234 DUBLIN TRACE
Dallas, TX 75254

GAMERZ LOGISTICS INC
1820 PENNEBAKER WAY APT 202
Manteca, CA 95336


GAYLE'S TRANSPORTATION COMPANY
14416 SLOVER AVE
Fontana, CA 92337


Gazelle Logistics Inc
8261 Schaeffer Ave
Ontario, CA 91761


GBC Insurance Solutions Inc
110 East 9th St, Suite A-1126
Los Angeles, CA 90079


General Agents Acceptance Corp
PO Box 1177
Lake Forest, CA 92609


GERMAN TRUCKING INC
4129 MERCER DRIVE
Modesto, CA 95356


GGS TRUCKING INC
3150 N WEBER AVE
Fresno, CA 93722


GHALIB TRUCKING INC
1513 ALAMO DRIVE  APT 21
Vacaville, CA 95687


Ghasem Nikjoo
dba Pacific Caravan Trucking
dba Pacific Cara
Irvine, CA 92614

GID TRANSPORT EXPRESS INC
5170 Steve Ave
Riverside, CA 92509


GILSON XPRESS INC
1030 COTTONWOOD RD
Bakersfield, CA 93307


GIVDJ Valley Ins. Agency LLC
2350 W. Shaw Avenue #150
Fresno, CA 93711


Givesurance Ins Servives LLC
21900 Burbank Blvd.
3rd Floor
Woodland Hills, CA 91367


GLEN SAGASTUME GARCIA
14928 SLOVER ST
Fontana, CA 92337


Glendale Best Insurance Svc
1236 S. Glendale Ave #A
Glendale, CA 91205


GLG, Inc.
6332 S. Rainbow Blvd #100
Las Vegas, NV 89118


GLOBAL STAR TRANS INC
3500 DATA DRIVE APT 262
Rancho Cordova, CA 95670


GNTTC, INC
19610 SERMAN WAY UNIT 1
Reseda, CA 91335

Go To Premium Finance
PO Box 4312
Woodland Hills, CA 91365


GOLD CARRIERS, INC
5620 DISTRICK BLVD APT 1089331
Bakersfield, CA 93313


GOLDEN HAWK TRANSPORTATION INC
3400 E ROSE ST
Compton, CA 90221


Golden Pro Insurance Svcs, Inc
28048 Bouquest Canyon Road
Suite #2
Santa Clarita, CA 91350


Gomez Insurance Agency
3651 Mitchell Rd #D
Ceres, CA 95307


GOMEZ TRANSPORTATION, LLC
25208 MC COY AVE
Harbor City, CA 90710


GR CARRIER, INC
2955 OATES STREET
West Sacramento, CA 95691


Grandeza Ins Brokerage, Inc.
17791 Exa Court
Carson, CA 90746


Granite Premium Finance Inc
PO Box 66501
Saint Louis, MO 63166

GREGORY MAGEE II
6327 MELODY LANE APT 2724
Dallas, TX 75231


GREWAL FREIGHTWAY INC
3612 W SAN JOSE AVE APT 213
Fresno, CA 93711


GULCHUCKS TRANSPORTATION SERVI
2201 FOREST LAKE DRIVE
95670


GURCHARANJIT SINGH
DBA: SANGER BROS
4231 E CLAYTON AVE
Fresno, CA 93725


GURMINDER SINGH
1700 N Tully Rd Apt E238
Turlock, CA 95380


Gurnam Singh dba: NS Transport
2301 W BELMONT AVE
Fresno, CA 93728


Gurnam Transport, Inc
2396 South Golden Gate Blvd
Fowler, CA 93625


GURPINDER SINGH
DBA SAMRA TRUCK LINE
Delhi, CA 95315


GURPREET SINGH
 DBA JAKARA TRAN
1916 WOODLAND DRIVE
Yuba City, CA 95991

```
GURPREET SINGH
DBA BAAZ TRUCK LINE
1740 REILLY ROAD
Merced, CA 95341


GURPREET SINGH DBA LIVE TRUCKI
3032 N VAHE AVE
Fresno, CA 93737


GURPREET SINGH DBA RED TRANSPO
6082 N DELBERT AVE
Fresno, CA 93722


GURPREET SINGH PADDA
 DBA BLUE HORSE TRANSPORT
Fresno, CA 93711


GURSEWAK S GILL
3469 W BENJAMIN HOLT DR  #497
Stockton, CA 95219


H LOMELI TRUCKING LLC
2093 FOOTHILLL AVE
San Bernardino, CA 92410


H2B LOGISTICS LLC
1204 SUMMER LANE
McKinney, TX 75071


HANJIE TRUCKING
7737 MEADOWCREST CT
Rancho Cucamonga, CA 91730


HAR EXPRESS INC
7003 N SHIRAZ AVE
Fresno, CA 93722
```

HAR TRANSPORT INC
14447 FIRESTONE BLVD
La Mirada, CA 90638


HARBINDER SINGH DHALIWAL DBA D
9245 STEPHENS ST
Delhi, CA 95315


HARDEEP SINGH DBA CALI RYDAZ T
762 SUGAR PINE DRIVE
Lathrop, CA 95330


HARDIP SINGH DBA HARRY TRUCKIN
1849 NELSON BLVD APT 144
Selma, CA 93662


HARJINDER SINGH
2190 N SCHNOOR ST #124
Madera, CA 93637


HARJOT SINGH MAAN
 DBA SMS TRANSPORT
6838 W FALLON AVE
Nashville, TN 37220


HARMAN TRUCK LINE INC
7529 REESE RD
Sacramento, CA 95828


HARMANDEEP SINGH KHANGURA DBA
DBA PARAM TRUCKING
2306 AMANECER AVE
Clovis, CA 93619


HARMINDER SINGH DBA DTC
3111 S CHESTNUT AVE
Fresno, CA 93725

HARNOOR TRANSPORT INC
1545 JODI DRIVE
Yuba City, CA 95993


HAROLD R CHANDRA
3594 CRISSWELL DRIVE
Elk Grove, CA 95624


HARPREET SINGH VIRK DBA VIRK T
4408 TRUXEL RD APT 38
Sacramento, CA 95834


HARRY SUN TRUCKING LLC
5545 N MADELYN AVE
Fresno, CA 93723


HARWINDER SINGH
4501 MARPLE CREST STREET
Sacramento, CA 95834


HAUL LOGISTICS
4951 W JACQUELYN AVE
Fresno, CA 93722


Haul Master Carriers LLC
33200 Rd 212
Woodlake, CA 93286


Heffernan Insurance Brokers
1350 Carlback Avenue
Walnut Creek, CA 94596


HIGHWAY FREIGHT INC
1220 S CLOVER AVE
Fresno, CA 93727

Hilltop Specialty Insurance Co
Hudson Insurance Group
100 William Street 5th Floor
New York, NY 10038


HNI Risk Services LLC
16805 West Cleveland Ave
New Berlin, WI 53151


HONEY BEE, Inc
2207 E CARSON ST
Long Beach, CA 90810


HOWE TRANSPORT LLC
1140 CEDAR AVE
Bloomington, CA 92316


HPH TRANSPORTATION INC
9250 TUJUNGA AVE
Sun Valley, CA 91352


HSD CARRIER INC
4402 RIO VIEJO DRIVE
Bakersfield, CA 93313


HSK CARRIERS INC
15543 Castellion Rd
Fontana, CA 92337


Hub International Midwest Ltd
PO Box 158
Evansville, IN 47701


HUDSONBYRD TRUCKING LLC
525 HIGHWAY 4 E
Ashland, MS 38603

HUMBERTO ELIZALDE
1558 N ST
Newman, CA 95360


HUMBLE FREIGHT CARRIER INC
4225 W CAPTIOL AVE
Clovis, CA 93611


HUNDAL BROS EXPRESS INC
10865 WALNUT DRIVE
Fontana, CA 92335


HUSKY GROUP INC
11414 PENROSE AVE
Sun Valley, CA 91352


HUSKY GROUP INC
11434 PENROSE ST
Sun Valley, CA 91352


I Truck Road LLC
291 Del Amo Fashion Ct  #13114
Torrance, CA 90503


IAHORIA TRANS INC
1596 ALICIA WAY
Sacramento, CA 95835


IBROKHIM KAYUMOV
1408 48TH AVE
San Francisco, CA 94122


ICELAND EXPRESS INC
3661 W SHIELDS AVE APT 156
Fresno, CA 93722

IHAR ZVERAU
DBA CD MOVING & TRANSPORTATION
11475 Penrose St.
Sun Valley, CA 91352


Inatellect Insurance Solutions
417 West Arden Ave #121A
Glendale, CA 91203


Inland Business Systems
PO Box 843760
Los Angeles, CA 90084


Inland Business Systems
1326 North Market Blvd.
Sacramento, CA 95834


Insurance Finance Company LLC
PO Box 315
Des Moines, IA 50306


Insuremart, Inc.
265 S. Rainbow Blvd #310
Las Vegas, NV 89146


Integrity Network Ins Group
1315 Grand Ave Pkwy#101
Pflugerville, TX 78660


Inter Red Insurance Svcs
9765 Marconi Drive #105
San Diego, CA 92154


Inzone Insurance Services
fka G.M. Lawrence Ins. Broker
776 Lorraine Avenue #214
Stockton, CA 95210

IPFS
PO Box 412086
Kansas City, MO 64105


IRA Frankel
Prof Underwriting Group
5300 West Atlantic Ave #610
Delray Beach, FL 33484


ITZEL BIBIANO DBA M AND I TRAN
1820 HARTMAN ROAD
Livermore, CA 94551


Ivan Marquez Agency
801 15th Street #A
Burbank, CA 91506


J & D TRANS, INC
1816 GOLDEN STATE AVE
`
Bakersfield, CA 93301


J & J TRUCKLINES INC
1002 FRONTAGE RD
Ripon, CA 95366


J C LOGISTICS LLC
8631 LIVE OAK
Fontana, CA 92335


J&S Insurance Agency
18709 116th Avenue East
Puyallup, WA 98374


JACKPOT EXPRESS INC
600 HOSKING AVE  APT 540
Bakersfield, CA 93307

Jagdeep Singh Ins Agency, Inc.
4185 West Figarden Dr. #101
Fresno, CA 93722


JAGDISH SINGH SRAN DBA APV TRA
7601 SUNRISE BLVD SUITE 5
New York, NY 10095


JAGDISH SINGH SRAN DBA APV TRA
3175 SANKEY ROAD
Pleasant Grove, CA 95668


JAGJEET SINGH DBA:  FAST EXPRE
3965 W SHIELD AVE #23
Fresno, CA 93722


JAN CARRIER, INC
701 ROOSTER DRIVE
Bakersfield, CA 93307


JARET PYE
DBA BILL PYE TRUCKING LLC
4602 S BUDLONG AVE
Los Angeles, CA 90037


JARNAIL SINGH
DBA ON TIME TRUCKING
1301 RICHLAND AVE APT 141
Modesto, CA 95351


JARNAIL SINGH DHALIWAL
DBA  DHALIWAL TRUCKING
600 HOSKING AVE  APT 7D
Bakersfield, CA 93307


JASVINDER SINGH DBA NS TRANSPO
6651 W KADOTA AVE
Fresno, CA 93723

JASVIR KAUR DBA JAGAT TRANSPOR
5187 W CARMEN AVE
Fresno, CA 93722


JASWINDER KAUR
DBA GOLDEN STATE TRUCKING
1187 N WILLOW AVE STE 103 #814
Clovis, CA 93611


JATINDER SINGH DBA DHAILWAL
888 BETHEL AVE APT 130
Sanger, CA 93657


JATINDERPAL SINGH GARCHA
DBA GARCHA EXPRESS
3880 MOUNTAIN VIEW ROAD,
Turlock, CA 95382


Javier Chavez Agency LLC
14531 Kentley Orchard Lane
Cypress, TX 77429


Javier Insruance Services
12116 Garfield Avenue
South Gate, CA 90280


Jawanda Express Inc
1595 Solistra CIR
Colton, CA 92324


JBSN TRANSPORT INC
5414 E LAURITE AVE
Fresno, CA 93727


JD SUKH EXPRESS
8700 ANTELOPE NORTH RD
Antelope, CA 95843

Jesus Emmanuel Hernandez Meza
dba J&M Transport
46155 DILLON ROAD
Sylmar, CA 91342


JHAND CARRIER, INC
5301 N VALENTINE AVE APT 157


JNB LOGISTICS INC
15627 W BOTELHO AVE
Kerman, CA 93630


JOGA SINGH DBA SGS TRANS INC
3075 W NIELSON AVE
Fresno, CA 93722


Jones Trucking Ins. Agency Inc
10100 Saddlecreek Road
Waco, TX 76708


JONPAL SINGH
2572 S UNION ROAD
Bakersfield, CA 93307


Jordan A. Bremer
2530 P Street
Merced, CA 95340


JOSE LUIS VASQUEZ
2538 S UNION AVE
Bakersfield, CA 93307


JS SINGH
4375 N GOLDEN STATE BLVD
Fresno, CA 93722

JS SINGH
4460 W SHAW AVE PMB 379
Fresno, CA 93722


JS SINGH
6103 SHINING SUNSET DRIVE
Sparks, NV 89436


JTC Insurance Agency
17800 Castleton Street
Rowland Heights, CA 91748


JUAN A VELAZQUEZ
DBA JAM TRUCK
1109 KLEEMAN WAY
Arbuckle, CA 95912


JUAN AMERICANO HERNANDEZ
DBA j&a TRUCKING
2850 LOOMIS RD
Stockton, CA 95205


JUAN LUNA CASTELLANOS
11392 SKY COUNTRY DRIVE
Mira Loma, CA 91752


JUAN MANUEL AMEZCUA
14201 COSTAJO RD
Bakersfield, CA 93313


JUJHAR SINGH DBA BINDRA EXPRES
4101 E NORTH AVE
Fresno, CA 93725


JULIO CESAR CORTEZ
9317 Bandera St
Los Angeles, CA 90002

Julio Orellana Prieto
dba OP&J Trucking
14320 Soldedad Canyon
Canyon Country, CA 91387


K JOT TRUCKING INC
2881 E JENSON AVE
Fresno, CA 93706


K&P Transportation LLC
1565 Sekio Ave
Rowland Heights, CA 91748


KANGAROOFREIGHT LINES INC
DBA KFL INC.
9881 ELDER CREEK RD
Sacramento, CA 95829


KANWALJIT SINGH
10322 W LINNE RD
Tracy, CA 95376


KATERIN K KHACHIKYAN DBA WHITE


KAUFMAMNNS LLC
241 W. Rialto Ave Unit 805
Baker, CA 92309


KAWALJIT SINGH BAJWA
11756 ROSE WIND CT
Rancho Cordova, CA 95742


KAZZANOS TRUCKING INC
652 E 12TH STREET
Los Angeles, CA 90023

KD TRANSIT INC
3565 W BARSTOW AVE APT 217
Fresno, CA 93711


Kemper CPA Group LLP
3031 W. March Lane #133 South
Stockton, CA 95219


KEVIN LOUIS HARRIS
DBA HARRIS FAMILY TRUCKING
20030 CRESTVIEW DRIVER 134
Canyon Country, CA 91351


KEVIN POOLER DBA: POOLER TRUCK
4236 SO HIGHWAY 99
Stockton, CA 95215


KEVINDEEP SINGH BRAR DBA: CALI
4231 N BAIN AVE
Fresno, CA 93722


Khachik Sahakyan dba GS 12
11475 Penrose St.
Sun Valley, CA 91352


KHATTRA CARGO INC
5118 BLUE BROOK DRIVE
Bakersfield, CA 93313


KHUSHWANT SINGH
596 ANNA DRIVE
Yuba City, CA 95993


KHUSHWANT SINGH
2730 W PRINCETON AVE
Fresno, CA 93705

Kingpin Insurance Services
30545 Union City Blvd.
Union City, CA 94587


KKR TRANSPORTATION, INC
4259 W CAMBRIDGE AVE
Fresno, CA 93722


KNIGHTAEH INC
144 N CEDAR ST
Glendale, CA 91206


KRS LOGISTICS, INC
KRS LOGISTICS, INC
Fresno, CA 93723


KS KHALSA TRANSPORT INC
6221 W SAN JOSE AVE
Fresno, CA 93723


KULWINDER SINGH DBA KS GILL
404 S WAVERLY LANE APT 117
Fresno, CA 93727


Kunkel & Associates, Inc.
401 Data Court
Dubuque, IA 52003


L&J CARGO INC
14111 Soledad Canyon Rd
Canyon Country, CA 91387


LA West Insurance Services
5177 W. Sunset Blvd
Los Angeles, CA 90027

LA West Insurance Services
11306 W. Ventura Blvd.
Studio City, CA 91604


LAKHWINDER SINGH GILL DBA GHL
6251E AMERICAN AVE


Lancashire Insurance Company
20 Fenchurch Street
London ,   EC3M 3BY


LANCER TRANSPORT LLC
10961 LARCH AVE
Riverside, CA 92516


LAZO TRANSPORTATION INC
9441 OPAL AVE
Mentone, CA 92359


Leap Carpenter Kemp Insurance
3187 Collins Drive
Merced, CA 95348


Licensing Professionals
PO Box 566
Lynden, WA 98264


LINK FREIGHT LINE INC
20 W COLLEGE PKW APT 154 M
Carson City, NV 89706


Links Insurance Services
6200 Village Parkway #203
Dublin, CA 94568

LITTLE MAN MOVING SERVICES, LL
3761 N 298TH DRIVE
Buckeye, AZ 85396


LKW TRANSPORTATION
82560 AIRPORT BLVD
Sylmar, CA 91342


LLX GROUP INC
8595 MILLIKEN AVE
Temple City, CA 91780


LONDON EXPRESS, INC
3400 EAST 8 MILE
Fresno, CA 93722


LONNIE DUANE HICKEY
DBA RENEGADE LOGISTICS
108 S LONGHORN DR
Weatherford, TX 76085


LPL TRANSPORT INC
519 4TH ST PMB 118
Clovis, CA 93612


LU WAY TRANSPORTATION, LLC
6956 DUBLIN DR
Chino, CA 91710


Lubemer International Ins
11859 Inglewood Avenue
Hawthorne, CA 90250


Lubin-Bergman Organization
5 Revere Drive #370
Northbrook, IL 60062

Lucila's Insurance Services
12116 Garfield Avenue
South Gate, CA 90280


LVL, LLC
DBA STARDUST TRANSPORTATION
DBA STARDUST TRANSPOR
Las Vegas, NV 89103


Lxtus Insurance Services
848 Clovis Avenue
Clovis, CA 93612


M AND I TRANSPORT
898 HERMAN AVE APT 109
Livermore, CA 94551


M G S TRUCKING
1200 ACACIA AVE
Sutter, CA 95982


MAA LOGISTICS INC
2572 S UNION RD
Fresno, CA 93703


MACHINERY TRANSPORT LLC
3397 HWY 259S
Henderson, TX 75653


MAGMATUS, LLC
1133 JUSTIN AVE #214
Glendale, CA 91201


MAHI LOGISTICS INC
6752 VINELAND RD
Bakersfield, CA 93307

MAJ TRUCKING LLC
13500 MARLAY AVE
Fontana, CA 92337


MAJHA EXPRESS INC
1346 EAST TAYLOR STREET
San Jose, CA 95133


MALWA HAULIER INC
400 GANDY DANCER DR
Tracy, CA 95377


MAND LOGISTICS INC
3602 W SAN JOSE AVE APT 140
Fresno, CA 93722


MANJINDER SINGH DBA MANAK TRAN
555 S ARGYLE AVE APT 122
Fresno, CA 93727


MANJIT SINGH
 DBA LOVEJOT TRANSPORT
19758 SANTA ANA AVE
Bloomington, CA 92316


MANPREET SINGH DBA M & M CARGO
6428 GREEN GARDEN DR
Bakersfield, CA 93313


MANUEL SALVADOR RODRIGUEZ
 DBA SALS TRANSPORTATION
195 98TH AVE
Oakland, CA 94603


MARCO A RICO DBA IMPERIAL FREI
2712 MEADOWBRROK DR
Imperial, CA 92251

```
MARCOS A GONZALEZ CERROS DBA M
1590 11TH ST
Mendota, CA 93640


Marquee Insurance Group LLC
1000 Holcomb Woods Pkwy #315A
Roswell, GA 30076


Marshall-Sutton & Associates
1209 N.Saginaw Blvd #G-251
Fort Worth, TX 76179


MARTIN & DANIE MORALES
DBA MORALES TRUCKING
11405 DOWNEY AVE
Downey, CA 90241


MARVIN ANTONIO DIAZ MENDOZA
DBA AM TRANSPORT
31901 SAN VICENTE RD
San Diego, CA 92121


MASSEYS TRANS INC
15794 Boyle Ave
Fontana, CA 92334


Matthew Hernandez
5410 Rainbow Lane
Atwater, CA 95301


MBT TRANSPORT INC
3139S H STREET  APT 20
Robbins, CA 95676


MBT TRANSPORT INC
3139S H STREET  APT 20
Bakersfield, CA 93304
```

MCFARLAND LOGISTICS INC
8701 US 395
Hesperia, CA 92344


McGuire Transport LLC
9445 BELLEGRAVE AVE
Baker, CA 92309


McMillan Insurance Group
Division of World Ins. Assoc
656 Shrewsbury Avenue #200
Red Bank, NJ 07701


McMillan Insurance Group
5608 Malvey Ave #119
Fort Worth, TX 76107


MDM TRANS, INC
11475 Penrose St.
Sun Valley, CA 91352


Melissa DeKove
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833


Metro Express International LL
6531 Rhodes Ave
North Hollywood, CA 91606


MHOOPER TRANSPORTATION LLC
3525 ISLAND AVE #D
San Diego, CA 92102


MIA EXPRESS LLC
27441 N BLACK CANYON HWY UNIT
Stockton, CA 95205

MIA EXPRESS LLC
27441 N BLACK CNYN HWY #T 107
Phoenix, AZ 85085


Michael Hasan, CPA
5927 Balfour Court 115
Carlsbad, CA 92008


Michael Kennedy Ins Agency
2295 Fletcher Parkway #100
El Cajon, CA 92020


Mickey and Sons Inc
11475 Penrose St.
Sun Valley, CA 91352


Millennium Finance Corp
PO Box 66501
Saint Louis, MO 63166


Mitel
PO Box 53230
Phoenix, AZ 85072


MK TRUCKLINES INC
1405 S POST ROAD
Indianapolis, IN 46239


MKS TRANS INC
2264 N MARKS AVE APT 234
Fresno, CA 93722


MMH Transport LLC
4162 Mission BLVD
Montclair, CA 91763

MNATSAKAN MIKE GRIGORYAN
11475 Penrose St.
Sun Valley, CA 91352


MOHAMMAD BOOTA SHAHBAZ
DBA MAHER BROTHER
3645 EL DORADO ST
Stockton, CA 95206


Mohammad Ilkhani
dba Mozafari Trucking
115 S Wildwood Ave
Glendora, CA 91741


MOHAN SINGH DBA A&A TRUCK LINE
2375 INDUSTRIAL ROWE
Turlock, CA 95380


MOHI TRUCKING INC
6204 STINE RD APT C
Bakersfield, CA 93313


MPG TRANSPORTATION LLC
1030 COTTONWOOD ROAD
Bakersfield, CA 93307


MSD TRANPSORTATION, LLC
9508 185TH STREET CT
PUYALLUP, WA 98735


MST INS SVCS INC
5249 N CORNELIA AVE
CA 92722


MST Insurance Services, Inc.
2672 Amtchi Court
Tracy, CA 95304

MT ON TIME, INC
11620 PEORIA ST
Sun Valley, CA 91352


MTA Transport Inc
5140 W Ramsey St
Banning, CA 92220


MTG Insurance
106 East 12th Street
Benton, KY 42025


MUHAMMAD ALI
11582 QUARTZ DR
95602
Auburn, CA 95602


MUKHPAL SINGH
DBA MUKHPAL FREIIGHT CARRIERS
2436 STAGECOACH RD
Stockton, CA 95215


MULTANI TRUCKING INC
4801 TULLY RD
Modesto, CA 95356


Mustang Enterprise
8474 Coyote Trail
Hesperia, CA 92344


MV Destiny Insurance
5629 N. Figarden Dr. #111
Fresno, CA 93722


MVP LOGISTICS, LLC
4325 E GUASTI ROAD
Ontario, CA 91761

MY NORTH ARROW, INC
185 CAJON BLVD
San Bernardino, CA 92407


N & NB TRUCKING INC
2572 S UNION AVE
Bakersfield, CA 93307


N S K FREIGHTLINES INC
619 EMERALD PLACE
Manteca, CA 95336


NARWAL BROTHERS, INC
4449 N BRAWLEY AVE
Fresno, CA 93722


NATAN TRUCKING LLC
9221 AMBERTON PARKWAY #140
Dallas, TX 75243


National Insurance Agency
7120 Minstrel Way #205
Columbia, MD 21045


NAVJOT SINGH DBA GURNAV TRANSP
3661 W SHIELDS AVE
Fresno, CA 93722


NETWORK
24701 ARTHUR ROAD
Escalon, CA 95320


Network Truck Ins Svcs, Inc.
120 Main Street
Roseville, CA 95678

NEW ERA LOGISTICS INC
11475 Penrose St.
Sun Valley, CA 91352


New Ray Insurance Brokers
780 West Grand Ave #C
Oakland, CA 94612


NEW RENAISSANCE ENTERPRISE, IN
11475 Penrose St.
Sun Valley, CA 91352


Newfront Insurance Svc Inc
101 2nd Street #525
San Francisco, CA 94105


NEXT LEVEL LOGISTICS, INC
1108 E PALMER AVE APT 19
Glendale, CA 91205


NIJJAR BROTHERS INC
2733 W PRINCETON AVE
Fresno, CA 93705


NIRMAL SINGH AUJLA DBA SSA TRU
2733 PRINCETON AVE
Meadow Vista, CA 95722


Noble West Insurance
205 Natoma Street
Folsom, CA 95630


NORTH TRANS, INC
10322 W LINNE RD
Tracy, CA 95376

NORTHERN VALLEY TRUCKING INC
1651 E WHITMORE AVE
Ceres, CA 95307


NOW TRANSPORTATION, LLC
5330 WHEATON ST
La Mesa, CA 91942


NW TRANSPORTATION, LLC
5327 S RIMPAU BLVD
Los Angeles, CA 90043


OBAN TRANSPORTATION, INC
11475 PENROSE ST
Sun Valley, CA 91352


Old Kentucky Insurance Inc
915 Lily Creek Road
Blakenbaker Office Park
Louisville, KY 40243


On the Road Insurance Services
16225 Devonshire Street
Granada Hills, CA 91344


On Time Freight, Inc.
1607 DUSTY MILLER LANE
Ceres, CA 95307


ONKAR FREIGHT INC
3640 W NIELSEN AVE
Fresno, CA 93706


ONKAR TRANSPORT INC
3150 N. WEBER AVE
Fresno, CA 93722

ORBIT TRNSPORT INC
8215 Beech Ave
Fontana, CA 92335


ORE LOGISTICS, LLC
6149 E BRICK DRIVE
Fresno, CA 93727


ORFILIA E LOPEZ DE OCHOA
 DBA: KILL TRANSPORT
8589 ETIWANDA AVE
Rancho Cucamonga, CA 91739


ORNELAS TRANSPORT COMPANY
430 N SACRAMENTO ST
Lodi, CA 95240


OSP LOGISTICS INC
5925 MOONWOOD WAY
Bakersfield, CA 93313


Ovia Insurance Services
1809 Banks Road
Pompano Beach, FL 33063


OVSANNA KARAPETIAN DBA XTRA RO
10865 WALNUT DRIVE
Sunland, CA 91040


P GAT TRUCKING INC
2733 W PRINCETON AVE
Fresno, CA 93705


Pacific Coast Premium Finance
627 W. College Street
Grapevine, TX 76051

Pacific Coast Truck Ins Svcs
18340 Yorba Linda Blvd
Suite 107-454
Yorba Linda, CA 92886


PACO MORALES PEREZ
 DBA CHABELAS TRUCKING
2440 E IMPERIAL HWY
Selma, CA 93662


PAL GILL TRUCKING
2572 S Union Ave
Bakersfield, CA 93313


PAL GILL TRUCKING INC
2572 S UNION AVE
Bakersfield, CA 93313


PALMA TRUCKING LLC
525 FLINT AVE
Wilmington, CA 90744


PANNU CARGO INC
16900 Chatworth St Apt 102
Granada Hills, CA 91344


Paracorp, Inc.
dba Parasec
PO Box 160568
Sacramento, CA 95816


PARAMJIT SINGH BARRING
5888 S CHERRY AVE
Fresno, CA 93706


PARMINDERJEET SINGH DBA J&J TR
1717 SHAFT ST
Selma, CA 93662

PATIALA TRUCKLINE INC
5510 N MILBURN AVE APT 146
Fresno, CA 93722


PAUL XPRESS, INC
1568 N DILBERT AVE
Fresno, CA 93722


PAVEL DOROSHUK
9815 ANTELOPE ROAD
Fresno, CA 93722


Peck & Peck Insruance Brokers
1724 Laurel Street
San Carlos, CA 94070


PELIA MULTANI TRANSPORT INC
3535S H STREET APT 51
Bakersfield, CA 93304


PERFECT TRANSPORT LLC
1227 Stricker Ave #100
Sacramento, CA 95834


PETRO TOPOV
4147 SIERRA GOLD DRIVE
Antelope, CA 95843


PLATINUM FREIGHT LINES, INC
1816 GOLDEN STATE AVE
Bakersfield, CA 93301


Platinum Premium Finance
PO Box 66501
Saint Louis, MO 63166

PMSB SERVICES LLC
1716 BRIARCREST DRIVE SUITE 30
Bryan, TX 77802


PMSB SERVICES LLC
1716 BRIARCREST DRIVE
Bryan, TX 77802


POTATO EXPRESS, INC
1791 SCHULTE DRIVE
San Jose, CA 95133


POWAR TRANSPORT INC
2095 E SAINT ANDREW DRIVE
Fresno, CA 93730


POWER PROS HOT SHOT LLC
8742 HELMS AVE
Rancho Cucamonga, CA 91730


PRAB KIRPA
8700 ANTELOPE NORTH ROAD
Antelope, CA 95843


PRABHNOOR TRUCKING INC
2739 W PRINCETON AVE
Fresno, CA 93705


Preferred Transportation Ins.
12443 Lewis Street #102
Garden Grove, CA 92840


Premco Financial Corp
P Box 19367
Kalamazoo, MI 49019

Premier Express
11461 Bartlett Way
Fontana, CA 92337


Prestige Insurance Group Inc
12750 SW 128th St. #210
Memphis, TN 38186


Prime Time Insurance Services
651 K Avenue
Plano, TX 75074


PRIME TRUCKLINES
15603 LUCILLE CT
Canyon Country, CA 91387


PRIORITY LOGISTICS INC
3640 W NIELSEN AVE
Fresno, CA 93706


PRK TRANS INC
6105 W CLINTON AVE
Fresno, CA 93723


Promaster
dba Discovery Pro Insurance
5050 Shatto Place #201
Los Angeles, CA 90020


Promminent Services Inc.
6912 NW 72 Avenue
Miami, FL 33166


Proper Trucking Inc
11475 Penrose St.
Sun Valley, CA 91352

PTL TRANSPORTATION
8840 GLACIER POINT DRIVE
Stockton, CA 95212


QANAT RASUL
24831 SOLVANG LANE
Menifee, CA 92584


QUSAI SAAD ALBALAWI
140 EAST EL NORTE PKY 52
Sacramento, CA 95833


R & R TRUCK LINES LLC
DBA  R & R TRUCK LINES
34755 SANDBURG CT
Union City, CA 94587


R BROTHERS TRANS INC
6753 W ALLUVIAL AVE
Fresno, CA 93722


R&B TRUCKLINES INC
4236 HWY 99
Stockton, CA 95215


R13 TRANSPORT INC
6701 E PITT AVE
Fresno, CA 93727


R7 TRUCKING LLC
70 EQUESTRIAN DRIVE
Burlington, NJ 08016


RAIYA TRANSPORT INC
3661 W SHEILDS AVE APT 194
Fresno, CA 93722

RAJ KUMAR DBA KAMBOZ TRUCKING
5777 E ALTA AVE APT 216
Fresno, CA 93727


RAJINDER SINGH DHAMI DBA DHAMI
3716 COLUMBIA STREET
Selma, CA 93662


RAJPURA TRANSPORTATION INC
15740 SHERMAN WAY APT 207
Van Nuys, CA 91406


Ram Commercial Ins. Svcs.
15 West 5th St.
Morgan Hill, CA 95037


Ramirez Insurane Services
600 E. Market St. #105
Salinas, CA 93905


RANA CARRIER INC
2735 MOSSY CREEK STREET
Rowland Heights, CA 91748


RANJIT SINGH DBA SINGH TRUCKIN
600 HOSKING AVE #71B
Bakersfield, CA 93307


RANPINE TROKIN INC
531 FLINT AVE
Wilmington, CA 90744


RAPID AUTOS LLC
4225 W. Capital Ave
West Sacramento, CA 95691

Rapid Insurance Services Inc
2319 North San Fernando Blvd.
Burbank, CA 91504


RATHI TRANSPORT INC
1446 E SUMNER AVE
Fowler, CA 93625


RATHONE TRUCKING INC
4417 N BRAWLEY AVE
Fresno, CA 93722


RAVI KANT SINGH BHULLAR
 DBA B & N CARRIERS
8113 SLIDER DR
Bakersfield, CA 93313


Red Dog Underwriting LLC
4952 East Tudor Rose Glen
Stockton, CA 95212


Reindeer Insurance Services
14037 Pioneer Blvd
Norwalk, CA 90650


RELATION INSURANCE SERVICES
70 EQUESTRIAN DRIVE
Bethlehem, PA 18016


RENEGADE LOGISTICS, INC
11475 PENROSE ST
Sun Valley, CA 91352


RG TRUCKLINES INC
2832 GOLDEN STATE BLVD
Madera, CA 93637

RICARDO RODRIGUEZ
 DBA JR&J TRUCKING
Woodland, CA 95776


River Valley Capital Insurance
14868 West Ridge Lane #200
Dubuque, IA 52003


RJ7 TRANS INC
1931 W SUNNYVIEW AVE
Visalia, CA 93291


ROAD 66 TRUCKING INC
11475 Penrose St.
Sun Valley, CA 91352


ROAD CROWN INC
3506 W NIELSEN AVE
Fresno, CA 93706


Road Guard Insurance Svc
1110 S. Glendale Avenue, #F
Glendale, CA 91205


Road Star Insurance Service
10716 East Avenue R
Littlerock, CA 93543


ROAD VISION EXPRESS INC
11475 Penrose St.
Sun Valley, CA 91352


ROADLINK CARRIER
32665 BRENDA WAY APT 4
Union City, CA 94587

Roadways Commercial Ins. Svcs
3941 Holly Drive
Tracy, CA 95304


Roanoke Insruance Group Inc
35079 Eagle Way
Chicago, IL 60678


ROBERT ALLEN GREGORY
DBA NO PROBLEM MOVIERS
Campbell, CA 95008


ROCK 10
3525 ISLAND AVE #D
San Diego, CA 92102


Rodriguez Insurance Agency LLC
901 Waterfall way #301
Richardson, TX 75080


ROYAL KING TRUCK LINE INC
3661 W SHEILDS AVE APT  247
Fresno, CA 93722


Royalty Truck Insuranc Svcs
14545 Victory Blvd #3072
Woodland Hills, CA 91367


S SIDHU FREIGHT INC
3390 Country Village Rd #2117
Riverside, CA 92509


S&T TRUCKLINES INC
1207 7TH STREET
Modesto, CA 95354

S&Z TRANSPORTATION INC
10681 PRODUCTION AVE
Alhambra, CA 91801


Safeline Truck Insurance
2009 W. Burbank Blvd
Burbank, CA 91506


SAHIB TRUCK LINE INC
4768 W BURLINGAME AVE
Fresno, CA 93722


SAHOTA CARGO INC
6722 JERNO DR STE A
Bakersfield, CA 93313


SAMRATH TRUCKING INC
2787 S WILLOW VE
Fresno, CA 93725


SANDHU BROS
2323 N OXNARD BLVD


Sandhu Bros Ins. Agency Inc.
4337 No. Golden State Blvd.
Suite #104
Fresno, CA 93722


SANGHA ROADKING INC
4375 N GOLDEN STATE BLVD
Fresno, CA 93722


SAPPHIRE CARGO INC
1709 S WILLOW AVE
Rialto, CA 92376

SATBIR SINGH BRAR DBA PRITAM R
445 S ARGYLE AVE APT 226
Mendota, CA 93640


SATNAM SINGH DBA NAGRA TRANSPO
5249 N CORNELIA AVE
Fresno, CA 93722


SERVERIANO PUENTE HERNANDEZ
9108 SUNLAND BLVD
Sun Valley, CA 91353


SESTIAGIA GONZALEZ TRANSPORT L
1720 W 25TH DRIVE
Glendale, CA 91201


SEVEN STAR CARGO INC
4594 W PALO ALTO AVE APT 103
Fresno, CA 93722


SGK EXPRESS, INC
8900 ELDER CREEK ROAD
Sacramento, CA 95828


SHAMINDER PAL SINGH DBA  CAT C
4453 N BRENT AVE
Fresno, CA 93723


SHANG YUN TRADING INC
1801 HIGHLAND AVE
Duarte, CA 91010


SHERAZ BAIG
10105 TIZIANO DR
Stockton, CA 95212

SIERRA CARGO, INC
3626 N BLYTHE AVE APT 214
Fresno, CA 93722


SILVERLINE TEAM,LLC
4900 CALIFORNIA AVE 210 B
Bakersfield, CA 93309


SIMAR TRANSPORT INC
3715 W BARSTOW AVE APT 139
Fresno, CA 93711


Singh Best Insurance Agency
944 West 6th Street #113
Corona, CA 92882


SINGH LAND CARRIER
877 E D STREET
Lemoore, CA 93245


Skar Insurance Group LLC
1000 3-Mile Road NW #G
Marietta, GA 30064


Snapeee Corp
13039 Garris Ave
Granada Hills, CA 91344


SODHI SINGH KAUR
3640 W NIELSEN AVE
Fresno, CA 93706


SOGI TRANSPORT CORPORATION DBA
42633 NICKELINE LANE
Chantilly, VA 20152

SOHAL EXPRESS INC
3632 CORAZON AVENUE
Clovis, CA 93619


Southern Truck Ins Svcs Inc
PO Box 1368
Monroe, NC 28111


SPS TRANSPORT INC
1601 S UNION AVE
Bakersfield, CA 93307


SRAN LOGISTICS, INC
11401 GREENSTONE AVE
Santa Fe Springs, CA 90670


SRD EXPRESS INC
11475 Penrose St.
Sun Valley, CA 91352


SRG TRANSPORT INC
15825 ROXFORD ST
Bakersfield, CA 93313


SSB XPRESS, INC
1848 ST IVES AVE
Long Barn, CA 95335


Standard Premium Finance
PO Box 522941
Miami, FL 33152


State Comptroller
PO Box 149356
Austin, TX 78714

State Controllers Office
300 Capitol Mall #1600
Sacramento, CA 95814


State Farm Insurance
Insurance Support Center
PO Box 680001
Dallas, TX 75368


State of California
Enforcmnt Div 50561, MC 9999
PO Box 12030
Austin, TX 78711


State of California Controller
PO Box 1918
Sacramento, CA 95812


Stonemark, Inc.
8501 Wade Blvd #620
Frisco, TX 75034


Stoneroad Insurance Brokerage
6829 Lanershim Blvd
North Hollywood, CA 91605


Stratton, Wright & Ziemer
Insurance & Rish Mgt, Inc.
4587 FM 67
Grandview, TX 76050


Strong Tie Insurance Services
8135 Florence Ave #201
Downey, CA 90240


SUKCHAIN SINGH DBA DTC LOGISTI
1320 BURTON ROAD
Manteca, CA 95337

SUKHDARSHAN SINGH BRAR DBA DB
5238 E GARRETT AVE
Fresno, CA 93725


SUKHMINDER SINGH DBA GSR EXPRE
2901 REDINGTON AVE
Clovis, CA 93619


SUKHWINDER SINGH AUJLA
DBA NEW ERA TRANSPORT
1732 CLEVELAND ST
Selma, CA 93662


SUPER KOI LOGISTICS INC
1935 BATSON AVE APT 89


Sure Tec
2103 City West Blvd. #1300
Houston, TX 77042


SURETEC INSURANCE COMPANY
2103 CITY WEST BLVD.
Houston, TX 77042


SURJEET SINGH
DBA KAMBOJ EXPRE
155 S ARGYLE AVE APT 204
Fresno, CA 93722


Surplus Line Assoc of Illinois
222 S. Riverside Plaza #2220
Chicago, IL 60606


Surplus Lines Stamping Office
805 Las Cimas Pkwy #300
Austin, TX 78746

Susan Bremer
5410 Rainbow Lane
Atwater, CA 95301


Synerprise Ins. Group LLC
dba Rev Ins Div of Volaris Grp
3747 Foothll blvd. #D526
La Crescenta, CA 91214


T/H SERVICES INC


TAB Transport Inc
1436 W Washington Blvd
Montebello, CA 90640


TAMBER EXPRESS INC DBA TJ EXPR
5480 BUCKWOOD WAY
Sacramento, CA 95835


Tansrisk LLC
PO Box 966
Troy, AL 36081


TARA TRUCKING INC
9005 STACEY CT
Stockton, CA 95209


TARIKU KEBEDE
215 W MACARTHER BLVD APT 249
Oakland, CA 94611


TEAM JESUS TRUCKING, LLC
1803 KIMBERLY ROAD
Amarillo, TX 79111

Ted J. Schultz Ins Agency
3014 N. Hayden Road #121
Scottsdale, AZ 85251


Tennessee Dept of Revenue
500 Deadrick Street
Andrew Jackson Office Bldg
Nashville, TN 37242


TESLA TRUCKING INC
5425 VISTA DEL MAR AVE
Bakersfield, CA 93311


Texas Comp of Puplic Accounts
805 Las Cimas Pkwy #300
78746


Texas Dept of Insurance
Enforcmnt Div  560851, AO 9999
PO Box 12939
Austin, TX 78711


Texas Dept of Insurance,
Regist Division 50561, MC 9999
PO Box 12030
Austin, TX 78711


TGD TRUCKING INC
11475 Penrose St.
Sun Valley, CA 91352


THAIRA TRANSPORT INC
2417 DUNN RD
Hayward, CA 94545


The Hays Group Inc.
80 South St. #700

The Hilb Grou of NC
dba Charlotte Insurance
6400-B South Blvd
Charlotte, NC 28217


The Licona Insurance Group
5927 Gateway Blvd. West #B
El Paso, TX 79925


The Surplus LIne Assoc of AZ
14747 N. Northsight Blvd
Suite #111-449
Scottsdale, AZ 85260


The Surplus Line Assoc of CA
12667 Alcosta Blvd
San Ramon, CA 94583


THIND TRANS INC
7102 DOWNING AVE
Bakersfield, CA 93307


THOMAS BAKER
1925 ENTERPRISE BLVD
West Sacramento, CA 95691


THOMSONS LOGISTICS, INC
6808 W PARR AVE
Fresno, CA 93722


Timothy Staphanic
30985 Prestwick Avenu
Hayward, CA 94544


TIRATH PAL SINGH DBA MATTU BRO
4317 N CRESTA AVE
Fresno, CA 93723

TITAN TRANS LOGISTICS INC
1930 S ROCHESTER AVE
ONTARIO, CA 92761


TIWANA & SONS TRUCKING INC
1125 TALARA DRIVE
Livingston, CA 95334


Tiwana Insurance Solutions Inc
dba Golden Land Transport Ins.
2459 Prescott Ave PO Box 662
Del Rey, CA 93616


TIWANA TRUCKING INC
26577 BANTA ROAD
Tracy, CA 95304


Top Premium Finance
PO Box 2277
Chatsworth, CA 91311


TOPWAY TRANSPORTATION LLC
13047 WATERLILY WAY
Chino, CA 91710


Toste Insurance Services
1501 F Street
Modesto, CA 95354


TOTAL NATIONAL EXPRESS
710 E D STREET
Wilmington, CA 90744


Trans Risk Insurance Services
660 N. Diamond Bar Blvd. #203
Diamond Bar, CA 91765

TRANSCORP
6569 N RIVERSIDE DR. SUITE 102
Fresno, CA 93722


TransEleven Claims Mgrs.
700 Central Expressway S. #200
Allen, TX 75013


Transit Insurance Services Inc
1155 S. Milliken Avenue
Ontario, CA 91761


Transportation Ins. Advisors
113 Bellagio Circle
Sanford, FL 32771


Transwide Insurance Brokerage
3400 Inland Empire Blvd #120
Ontario, CA 91764


Triangle Transportation Agency
PO Box 1189
Enid, OK 73702


TRU LAND EXPRESS LTC
3165 W SHIELDS AVE APT 267
Fresno, CA 93722


Truck Smart Insurance Services
420 S. Grand Avenue
Covina, CA 91724


Trucking Specialistts LLC
3330 Southgate Court SW #172
Cedar Rapids, IA 52404

TS CARGO INC
4594 W PALO ALTO AVE APT 103

TSH TRUCKING INC
11475 Penrose St.
Sun Valley, CA 91352

TURBO LOGISTICS
150 S GLENOAKS BLVD #8050
Burbank, CA 91502

U.S. Premium Finance
PO Box 924647
Norcross, GA 30010

UNIFIED EXPRESS INC
3354 E AMERICAN AVE
Fresno, CA 93727

UNITED CORE, INC
8455 SCHAEFER AVE
Ontario, CA 91761

UNITED STAR INC
175 S LINCOLN AVE UNIT 123
Addison, IL 60101

UPPAL FREIGHT
2955 OATES STREET
West Sacramento, CA 95691

US EAGLE TRANSPORT INC
250S CLOVIS AVE APT 136
Fresno, CA 93727

US WEST TRUCKING INC
10825 S UNION AVE
Bakersfield, CA 93307


V4U TRANSPORT INC
3342 NORTH WEBBER AVE
Fresno, CA 93722


Valdez  Insurance Agency Inc
dba BMV Insurance Services
3342 N. Texas St. #A2
Fairfield, CA 94533


VALENTIN ALONSO CASTRO HERRER
DBA C VASTRO TRANSPORT
822 MACKILHAFFY DRIVE
Patterson, CA 95363


VALENTIN CASTRO
DBA V CASTRO
822 MACKILHAFFY DRIVE
Patterson, CA 95363


Valiant General Ins Solutions
848 Clovis Avenue
Clovis, CA 93612


VANESSA'S TRUCKING SERVICES, I
3462 HARRISON ST
Riverside, CA 92503


VANTAGE INC
2201 FORESTLAKE DR
Rancho Cordova, CA 95670


VAS EXPRESS, INC
11475 PENROSE ST
Sun Valley, CA 91352

Venbrook Insurance Services
63250 Canoga Avenue
12th Floor
Woodland Hills, CA 91367


Veracity Insurance Solutions
260 S. 2500 West #303
Pleasant Grove, UT 84062


Virgina Dept of Taxation
PO Box 1777
Richmond, VA 23218


Virginia Dept. of Taxation
1957 Westmoreland Street
Richmond, VA 23230


VIRK AND SONS TRANSPORTATION I
DBA dhv FREIGHTLINES
8442 24TH AVE
Sacramento, CA 95826


VISTA TRANSPORT LLC
2300 W Sahara Ave
Las Vegas, NV 89102


VL TRUCKING INC
11475 Penrose St.
Sun Valley, CA 91352


Vortex Pro Insurance Services
17628 Chatsworth Street
Granada Hills, CA 91344


W.I.S.E Underwriting Agency
Sean Bradshaw
28 Lime Street
Lonson, WX3M &HR

WALIA TRANSPORT INC
1651 W WHITMORE AVE
Ceres, CA 95307


WAMENGS SONS TRANSPORTATION, I
2301 W BELMONT AVE
Fresno, CA 93728


Warriner & Associates Ins. Inc
11111 Wilcrest Green #101
Houston, TX 77042


WARYAM TRUCKLINES, INC
1791 SCHULTE DRIVE
San Jose, CA 95133


WB TRUCKING INC
3750 W SAN JOSE APT 101
Fresno, CA 93711


WEIGH TO GO TRANSPORT, INC
3129 MITCHELL ROAD
Ceres, CA 95307


WHITE HORSES TRUCKLINE INC
7203 NEW BOND CT
Bakersfield, CA 93311


Whiterock Insurance Agency LLC
221 N. Kansas Street #700
El Paso, TX 79901


Wilson, Elser, Moskowitz,
Elderman & Dicker Acct. Rec.
150 East 42nd Street
New York, NY 10017

Wylie Insurance Services LLC
1729 Tully Rd #6
Modesto, CA 95350


YAPAYAO TRUCKKING INC
1856 N. BROADWAY AVE
Stockton, CA 95205


YASH TRUCKLINE INC
7091 W SAN BRUNO AVE
Fresno, CA 93723


YDKD INC
13461 12 St
Chino, CA 91710


You Safety Insurance Svcs.
230 S. Garfield Avenue #202C
Monterey Park, CA 91754


ZAMORA TRANSPORT LOGISTICS INC
2  STONY BROOK CIRCLE
`
Salinas, CA 93906


ZESHAN ALI KHAN
1835 GREENHEAD COURT
Gridley, CA 95948


ZIRA TRANSPORT INC
66240 7TH STREET
Desert Hot Springs, CA 92240


Zoom Imaging Solutionss
PO Box 846898
Los Angeles, CA 90084

```
ZYP TRUCKING INC
2144 E JAMES AVE
West Covina, CA 91791
```